# GENERAL ORDER



**DISTRICT OF COLUMBIA**

**Subject**

**Organization, Authority, and Rules of the Metropolitan Police Department Reserve Corps**

| Topic | Series | Number |
|-------|--------|--------|
| **OMA** | **101** | **03** |

**Effective Date**

**March 28, 2006**

**Replaces:**

**General Order 101.3 (Organization, Authority and Rules of the Metropolitan Police Department Reserve Corps), Effective Date March 1, 1995**

**Rescinds:**

**SO-94-28 (Armed Reserve Officers Program) Effective Date December 15, 1994**

**SO-94-9 (Reserve Corps Power Shift Program) Effective Date March 28, 1994**

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| I. | Background | Page | 1 | V. | Procedural Guidelines | Page | 6 |
| II. | Policy | Page | 1 | VI. | Cross References | Page | 25 |
| III. | Definitions | Page | 2 | VII. | Attachment | Page | 26 |
| IV. | Regulations | Page | 3 | | | | |

## I.    BACKGROUND

The mission of the Metropolitan Police Department Reserve Corps is to deliver high quality volunteer public safety support services to all members of the Department in order to build safe and healthy neighborhoods throughout the District of Columbia.

A well-organized, well-trained, committed Reserve Corps serves as a readily available back-up for full-time personnel and permits the Department to enhance and expand police service. Beginning in 1951, Reserve Corps Members have successfully served the Department and the District of Columbia by performing law enforcement, crime prevention, crime detection, community policing, and other specialized functions, and by providing an additional work force in times of emergency.

## II.    POLICY

The policy of the Metropolitan Police Department is that the Reserve Corps shall play an integral part in the Department's endeavor to provide high quality police service, and shall supplement and support, not supplant, the sworn and civilian work force. (CALEA 16.3.1)

06 1223

# FILED

JUL − 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S EXHIBIT

A

ALL-STATE LEGAL®

## III.    DEFINITIONS

For the purpose of this General Order, the following terms shall have the meaning designated:

1.    Sworn Officer – An individual who has taken the law enforcement officer oath of allegiance, and has been appointed to a full-time, paid, continuing position in the civil service rank of officer after satisfactorily completing the Department's required training and probationary period.

2.    Sworn Member – An individual who is a full-time, paid Department employee in a sworn rank of officer or above.

3.    Civilian Member – An individual who is a full-time, paid, non-sworn Department employee.

4.    Department Supervisor – A sworn member in the civil service rank of Sergeant or above, or a civilian member assigned to a supervisory position.

5.    Volunteer – A person who donates his or her services to a specific program or department of the District of Columbia Government, by his or her free choice, and without payment for the services rendered. [District Personnel Manual Chapter 35, (Voluntary Services), Section § 4000.1 (Utilization of Voluntary Services)]

6.    Reserve Officer – A volunteer, unpaid individual who serves at the pleasure of the Chief of Police. Consistent with applicable law and training and experience, the volunteer assists and supports sworn and civilian members in the day-to-day delivery of police services, and during emergencies.

7.    Reserve Officer Level I – A Reserve Officer who is authorized by the Chief of Police to carry a Department-issued firearm while on Department duty and to carry out sworn officer duties and responsibilities under General Supervision (as defined in Section III.13.).

8.    Reserve Officer Level II – A Reserve Officer who is authorized by the Chief of Police to carry out sworn officer duties and responsibilities commensurate with the Level II assignment under Close Supervision (as defined in Section III.12.), but who is not authorized to carry a Department-issued firearm.

9.    Reserve Official – A Reserve Corps member who has been designated by the Chief of Police to serve in the rank of Reserve Sergeant or above.

10.   Reserve Corps Member – A Reserve Officer Level I, Reserve Officer Level II, or Reserve official.

11.   Reserve Corps Manager – The Department supervisor or reserve official who has responsibility for the daily operation of the Reserve Corps.

12.  Ranking Reserve Corps Official – The highest ranking Reserve Corps Official as appointed by the Chief of Police.

13.  Close Supervision – The specific oversight of the work activities performed by a Reserve Corps member that shall be conducted in the presence of the Reserve Corps member. The purpose is to provide specific guidance to ensure compliance with laws, regulations, and directives.

14.  General Supervision – The broad oversight of the work activities performed by a Reserve Corps member that shall be conducted in the presence of Reserve Corps member. The purpose is to provide broad guidance in order to ensure compliance with laws, regulations, and directives.

## IV.  REGULATIONS

A.  D.C. Official Code § 5-129.51 (Metropolitan Police Reserve Corps) establishes the Reserve Corps as follows: (CALEA 1.2.1, CALEA 16.3.1)

1.  The Mayor shall establish an MPD Reserve Corps in the District of Columbia. The purpose of the Reserve Corps shall be to assist full-time, sworn police personnel in both the day-to-day, and emergency delivery of law enforcement services, consistent with applicable law. [D.C. Official Code § 5-129.51(a)]

2.  The Reserve Corps shall have as its membership a corps of unpaid volunteers who fulfill police duties and responsibilities as determined by the Chief of the Metropolitan Police Department. [D.C. Official Code § 5-129.51(b)]

3.  The selection criteria required for, and training provided to, members of the Reserve Corps shall be similar to the selection criteria required for and training provided to full-time, sworn police personnel. [D.C. Official Code § 5-129.51(c)]

B.  Reserve Corps members, as volunteers, are subject to D.C. Official Code § 1-319.01 through § 1-319.03 as follows:

1.  Reserve Corps members shall be utilized in as many Department programs as is practicable to serve the interests of the community, but shall not be used to fill any position or perform any service, which is currently being performed by an employee of the District of Columbia Government. [D.C. Official Code § 1-319.01 (Utilization by District government encouraged; exception)]

2.  Reserve Corps members may not be placed in any position likely to constitute a conflict of interest, or the appearance of a conflict of interest, in violation of the provisions of Chapter 29 of Title 18, United States Code and D.C. Official Code § Title 1, Chapter 6. [D.C. Official

Code § 1-319.03(a) (Conflicts of interest; ineligibility for employee benefits; liability of District for torts of volunteers)]

3.   Reserve Corps members shall not be eligible for benefits provided to employees of the District of Columbia Government under Chapters 81, 83, 85, 87, and 89 of Title 5, United States Code. [D.C. Official Code § 1-319.03(b) (Conflicts of interest; ineligibility for employee benefits; liability of District for torts of volunteers)]

4.   Reserve Corps members shall be considered employees of the District of Columbia Government for the purpose of operating Department vehicles pursuant to D.C. Official Code § 2-411 through § 2-416. [D.C. Official Code § 1-319.03(c) (Conflicts of interest; ineligibility for employee benefits; liability of District for torts of volunteers)]

5.   The District of Columbia shall be liable to third parties for tortious injury caused by Reserve Corps members under its supervision and control. [D.C. Official Code § 1-319.03.(d) (Conflicts of interest; ineligibility for employee benefits; liability of District for torts of volunteers)] (CALEA 16.3.7)

C.   Reserve Corps members, as volunteers, are subject to the D.C. Personnel Regulations, Chapter 35 (Voluntary Services), Section § 4000 (Utilization of Voluntary Services), and, as such:

1.   May be utilized to perform any service or function that augments or supplements an existing function, service, or program staffed by members of the Department. [§ 4004.4(a)]

2.   May be utilized to perform any service or function that creates a community service capability that would not be available under existing programs or within the level of available resources. [§ 4000.4(b)]

3.   May be utilized to perform the duties of a regular employee during the temporary absence of the employee, on a temporary basis during periods of heavy workload, and to assist in relieving an existing backlog of work. [§ 4000.4(c) and (d)]

4.   Shall be subject to the standards of conduct prescribed for employees of the District of Columbia. [§ 4000.6]

5.   Except as provided for in District Personnel Manual § 4000.9, shall not be eligible for any benefits normally accruing to employees of the District of Columbia, including health insurance, retirement, life insurance, leave, or the right to organize for collective bargaining purposes, unless such benefits are specifically provided by the laws of the District of Columbia. [§ 4000.8]

6.  Shall be eligible for compensation for work-related injuries to the extent authorized by Section 2301(a)(2) of D.C. Law 2-139 (D.C. Official Code § 1-623.01 *et seq.*). [§ 4000.9; also D.C. Official Code § 1-632.06 (Express retention of certain District of Columbia laws)] (CALEA 16.3.7)

7.  Shall have their services accepted, utilized, and discontinued by the Chief, for any reason, at any time, without any right or process of appeal. [§ 4000.12 and § 4000.13]

8.  Shall not engage in political activities during the time voluntary services are being performed. [§ 4000.15]

9.  Must be mentally and physically capable of performing the duties assigned without unreasonable danger of harm or injury to themselves or another person. [§ 4000.17]

10. Shall not have their offer of service unlawfully rejected on the basis of race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, family responsibilities, matriculation, political affiliation, physical handicap, source of income, place of residence or business, or any other basis of unlawful discrimination under the laws of the District of Columbia. [§ 4000.20]

11. Shall sign a statement, prior to engaging in voluntary services, that acknowledges that the Reserve Corps member has been informed of the nature and scope of the voluntary services to be performed; has been informed of and understands all the provisions in District Personnel Manual Chapter 35 and of this General Order; and agrees to perform Reserve Officer services under the terms and conditions set forth in District Personnel Manual Chapter 35, D.C. Law 2-12 and this General Order. [§ 4000.25]

D.  The Department shall identify qualified individuals to serve in the Reserve Corps; provide members of the Reserve Corps the training, resources, and supervision consistent with their assignments; and utilize the services of Reserve Corps members consistent with applicable law and regulation, and in the best interests of the community, Department, and Reserve Corps members.

E.  The Reserve Corps shall be under the administrative control of the Assistant Chief, Office of Security Services (OSS).

F.  The Chief of Police shall serve as the final authority on the duties, responsibilities, authorities, appointment, training, promotion, tenure, reduction in rank or Level, and removal of Reserve Corps members;

G.   While on-duty, Reserve Corps members are authorized to exercise the full law enforcement authority of a sworn police officer, pursuant to applicable laws, regulations, and Department directives, except as restricted by this General Order, or the Chief of Police.

H.   When any Reserve Corps member is assigned to work with a sworn or civilian member, the responsibility for the operation and conduct of the assignment shall rest with the sworn or civilian member.

I.   When not on Department duty, Reserve Corps members shall possess only such police powers as granted to a private citizen [D.C. Official Code § 23-582 (Arrests Without Warrant By Other Persons)].

J.   Notwithstanding any other provision of this General Order, all Reserve Corps members shall serve at the pleasure of the Chief of Police, who shall, without limitation, have the authority to determine when to reduce a Reserve Corps member in rank or Level and remove a Reserve Corps member from the Reserve Corps. Such determination shall not be subject to administrative review.

V.   PROCEDURAL GUIDELINES

A.   Organization

1.   The Assistant Chief, OSS, shall:

a.   With the approval of the Chief of Police, appoint a Department supervisor or reserve official to serve as the Reserve Corps Manager to oversee the daily operations of the Reserve Corps;

b.   Approve the initial assignment, and any subsequent transfer, of Reserve Corps members; and

c.   Authorize the use of Reserve Corps members to perform specific details outside their assigned element.

2.   Reserve Corps members shall be under the operational command and supervision of the Commanding Official of the element of assignment or, when serving on a special event, the Reserve Corps Manager or designated Department supervisor.

B.   Selection and Appointment Criteria (CALEA 16.3.2)

1.   Applicants must meet the following selection criteria to be accepted into the Reserve Officer Level II training program:

a.   United States citizenship;

b.    At least twenty-one years of age;

c.    High school diploma or General Equivalency Diploma (GED);

d.    Valid driver's license from their jurisdiction of residence that is not under suspension or revocation;

e.    Successful completion of the required sworn officer entrance tests;

f.    Successful completion of a background suitability investigation based on sworn officer standards;

g.    Successful completion of medical and psychological examinations based on sworn officer standards;

h.    Willingness to meet the Reserve Corps training and service requirements;

i    Recommendation by the Reserve Corps Manager for acceptance into the Reserve Officer Level II training program;

j.    Approval by the Chief of Police.

2.    Upon successful completion of all Reserve Officer Level II initial training requirements, Reserve Officer Level II candidates must meet the following Reserve Officer Level II appointment criteria:

a.    Recommendation by the Reserve Corps Manager for acceptance into the Reserve Corps as a Reserve Officer Level II;

b.    Approval of the Chief of Police.

3.    Reserve Officers Level II must meet the following selection criteria for acceptance into the Reserve Officer Level I training program:

a.    Reserve Officer Level II in good standing;

b.    Successful completion of at least sixty (60) semester-hour credits, or the semester-hour equivalent, from an accredited post-secondary educational institution [D.C. Official Code § 5-107.01(a)(1)] or at least 960 hours of volunteer service, or an equivalent combination of education and service.

NOTE: This requirement shall apply only to a Reserve Officer Level II who was accepted into the Reserve Corps on or after December 31, 2003.

c.  Completion of at least 192 hours of volunteer service following appointment as a Reserve Officer Level II;

d.  Completion of at least one year of Reserve Officer Level II service following appointment as a Reserve Officer Level II;

e.  A minimum rating of "Meets Expectations," or the equivalent, on the most recent Departmental annual performance evaluation; (CALEA 35.1.2)

f.  Willingness to carry a firearm;

g.  Willingness to meet the Reserve Officer Level I initial training requirements;

h.  Recommendation by the Reserve Corps Manager for acceptance into the Reserve Corps Level I training program;

i.  Authorization by the Reserve Officer Selection Panel, which will review, based on full-time sworn officer standards, candidates' updated background suitability investigations, and updated medical and psychological examinations.

    (1)  The Panel will meet semiannually, or on an "as needed" basis.

    (2)  Panel members shall consist of the Executive Assistant Chief of Police, Chief Administrative Officer, Assistant Chief of the Office of Security Services, Senior Executive Director of Corporate Support, and the Ranking Reserve Corps Official. The Reserve Corps Manager shall serve as secretary to Panel meetings.

    (3)  Upon review of the specific selection material as cited in Section V.B.3.(i) above, Panel members shall return recommendations regarding candidate selection to the Chief of Police.

j.  Approval by the Chief of Police.

4.  Upon successful completion of all Reserve Officer Level I initial training requirements, Reserve Officers Level II must meet the following appointment criteria for a Reserve Officer Level I:

    a.  Continued good standing as a Reserve Officer Level II;

    b.  A minimum rating of "Meets Expectations," or the equivalent, on the most recent Department annual performance evaluation as

a Reserve Officer Level II;

    c.    Recommendation by the Reserve Corps Manager for elevation to Reserve Officer Level I; and

    d.    Approval by the Chief of Police.

5.    An applicant with prior experience as a law enforcement officer, or who is currently serving as a law enforcement officer, may enter the Reserve Corps as a Reserve Officer Level I. The criteria for direct appointment as a Reserve Officer Level I are as follows:

    a.    Have retired or resigned, or be currently employed, in good standing, with the qualifying law enforcement agency or agencies;

    b.    Have met all of the Reserve Corps selection criteria described in Section V.B.1. and Section V.B.3.(h) in this General Order;

    c.    Have completed at least sixty (60) semester-hour credits, or the semester-hour equivalent, from an accredited post secondary institution, or possess an equivalent combination of education and law enforcement experience;

    d.    Recommendation by the Reserve Corps Manager for acceptance as a Reserve Officer Level I;

    e.    Completion of any academy, field, or other training required by the Chief of Police; and

    f.    Approval by the Chief of Police.

6.    The Chief of Police may designate a Reserve Corps member to serve as a Reserve Corps official in any rank.

C.    Service and Training

1.    Reserve Corps members shall be assigned and transferred based on the operational needs of the Department, and at the discretion of the Chief of Police.

2.    Reserve Corps members shall volunteer a minimum of sixteen hours per month, or a total one hundred ninety-two hours per calendar year.

3.    Volunteer service hours performed on holidays shall be earned at a rate of two hours for each hour worked.

4.    The volunteer service schedules of the Reserve Corps members shall

be established to meet the operational needs of the assigned element and shall, where practicable, consist of four-hour and eight-hour fixed time periods.

5.  Reserve Corps members shall submit a monthly activity log to the Reserve Corps Manager, through the chain of command, that also includes reasons, as necessary, for being unable to fulfill the monthly service requirement (e.g., vacation, employment change).

6.  Reserve Corps members shall:

    a.  Successfully complete all required initial Reserve Corps training prior to being administered the law enforcement officer oath of allegiance and carrying out Reserve Officer duties and responsibilities (CALEA 16.3.3);

    b.  After completion of the required initial Reserve Corps training, successfully complete job-related field training (CALEA 16.3.5);

    c.  Successfully complete the annual in-service training program required of sworn members (CALEA 16.3.5);

    d.  Successfully complete all required Department skills re-qualification training, including those for CPR, AED, ASP baton, and, for Reserve Officers Level I, firearms (CALEA 16.3.5); and

    e.  Successfully complete all other mandatory training required of sworn members in the equivalent rank or assignment (CALEA 16.3.5).

7.  Reserve Corps members who are selected for employment as sworn officers may receive credit for equivalent training completed under the Reserve Corps program with the approval of the Chief of Police.

D.  Duties and Responsibilities (CALEA 16.3.1)

    1.  Reserve Officers Level II are authorized to perform the following duties and responsibilities upon receiving all required training and/or certification pursuant to Section IV.A.1. in this General Order:

        a.  Administrative:

            1.  Compile, sort, and file records;

            2.  Staff telephones;

            3.  Respond to walk-in inquiries;

    4.      Conduct routine office operations (e.g., photocopying, faxing, typing, filing, and computer-based data entry);

    5.      Maintain the Patrol Signal System (PSS) Book;

    6.      Perform routine Washington Area Law Enforcement System (WALES) and National Crime Information Center (NCIC) inquiries; and

    7.      Assist in Policing For Prevention (PFP) activities and crime analysis tasks.

b.    Operational Support:

    1.      Serve as a Desk Clerk;

    2.      Serve as a Live Scan technician;

    3.      Serve as a Booking Officer; and

    4.      Serve as a Cell Block Technician.

c.    Policing:

    1.      Walk a 10-4 foot beat or patrol in a 10-4 patrol car in the company of a sworn member;

    2.      Assist in traffic and/or crowd control at accident and fire scenes, school crossings, street closures, special events, and other locations;

    3.      Handle "special attention" requests from citizens;

    4.      Be assigned to prepare Department reports in accordance with GO-SPT-401.1 (Field Reporting System), and other applicable directives;

    5.      Be assigned to a Civil Disturbance Unit (CDU) or Rapid Deployment Team upon successful completion of the required training; and

    6.      Assist investigative personnel in investigative activities.

d.    Carry out other assigned element duties and responsibilities commensurate with their qualifications and training as approved by the element commanding official in accordance with the provisions in this General Order.

2.    Reserve Officers Level I are authorized to perform all of the duties and responsibilities of a sworn officer pursuant to Section IV.A.1. in this General Order.

E.    Authorities and Supervision (CALEA 16.3.1)

1.    Reserve Corps Members shall:

a.    Be assigned to a Department Supervisor.

b.    Be considered on Department duty when the Reserve Corps member:

(1)    Has reported to his or her assigned element and has received a duty assignment from the roll call official, or his or her Department supervisor;

(2)    Has checked into the Court Liaison Division to paper a case, or in response to a subpoena or CANS Notice;

(3)    Is traveling to and from an assignment in an official Department vehicle; and

(4)    Takes police action, while off duty and in the District of Columbia, that is consistent with his/her training and duties and responsibilities, to assist a sworn officer in circumstances in which a reasonable police officer would believe that serious bodily injury or death is imminent.

c.    Be permitted, while on Department duty, to use Department equipment and facilities subject to the same rules and limitations as sworn and civilian members.

2.    A Reserve Officer Level II, upon successful completion of the required training, and pursuant to applicable laws, regulations, and Department directives, while on Department duty, and while under close supervision, is authorized to:

a.    Perform the duties and responsibilities specified in this General Order, and other duties and responsibilities approved by the element Commanding Official;

b.    Make arrests when in the company of a sworn member;

c.    Prepare Department reports;

d.    Issue civil Notices of Infraction (NOI's) for **non-moving** traffic violations;

e.   Issue Violation Citations (PD Form 61D's) for criminal offenses in accordance with the PD Form 61D Standard Operating Procedures;

f.   Appear before courts and administrative tribunals as a sworn officer;

g.   Carry and utilize Department-issued OC (Oleoresin-Capsicum) spray and an ASP baton; and

h.   Operate Department vehicles when:

   (1)   On patrol in the company of a sworn member;

   (2)   Responding "Code One" in the company of a sworn member; and

   (3)   Traveling to and from a detail, or an administrative assignment, in the company of a sworn member.

3.   A Reserve Officer Level I, upon successful completion of the required training, and pursuant to applicable laws, regulations, and Department directives, while on Department duty, and while under General Supervision, is authorized to:

a.   Perform all of the duties and responsibilities of a sworn officer;

b.   Exercise the authorities listed above for a Reserve Officer Level II;

c.   Issue civil Notices of Infraction (NOI's) for **moving** traffic violations; and

d.   Carry and utilize a Department-issued firearm.

4.   Reserve Officer Level I and II shall not serve as Field Training Officers for sworn members.

F.   Papering and Court Appearances:

1.   When a Reserve Corps member is the arresting officer, the Reserve Corps member shall be responsible for papering the case, and for all subsequent court appearances associated with the arrest.

2.   When a Reserve Corps member is the assisting officer in an arrest, the arresting officer shall be responsible for papering the case, and for all subsequent court appearances associated with the arrest.

3.    Reserve Corps members shall make themselves available for court appearances, even when such an appearance may interfere with their regular employment, and shall be subject to the official court process for compelling their attendance.

G.    Uniform and Equipment (CALEA 16.3.4)

1.    Reserve Corps Members:

a.    While on Department duty, shall wear the uniform required of a sworn member of equivalent rank, with the exception that the badge shall contain an "R" preceding the badge numbers;

b.    Must be granted advance approval by the Assistant Chief, OSS to work in other than the Department uniform. (e.g., plainclothes);

c.    Shall be issued the same equipment as sworn officers, subsequent to successfully completing all required training, except that Reserve Officers Level II shall not be issued a firearm;

d.    Shall comply with the provisions in GO-OPS-110.11 (Uniforms and Equipment), to include the procedures for reporting the loss of, and damage to, Department-issued equipment;

e.    Shall not wear the Department uniform, or identifiable parts of the Department uniform, while off duty. The **only** exception is when traveling to and from volunteer service with the Department. In that instance, Reserve Corps members shall cover all of the identifiable parts (e.g., shirt, badge) with a civilian garment;

f.    Shall not produce or display the Reserve Corps badge and identification folder except while on Department business; and

g.    Shall return all Department-issued uniforms and equipment, including the badge and identification card, to a Department supervisor of the assigned element within twenty-four (24) hours following resignation or removal from the Reserve Corps.

2.    The Department supervisor of a Reserve Corps member who has resigned or been removed from the Reserve Corps shall be responsible for ensuring that all Department-issued uniforms and equipment are returned as required.

H.    Department Vehicles

    1.    Reserve Corps Members shall:

        a.    Maintain a valid driver's license from the jurisdiction of their residence that is not under suspension or revocation;

        b.    Operate only the Department vehicles (e.g., marked patrol cars, wagon, scooter, motorcycle) for which they have successfully completed the required Department training;

        c.    Operate Department vehicles in accordance with the District of Columbia traffic laws and regulations, GO-OPS-301.1 (Vehicle Operation and Maintenance), and GO-OPS-301.03 (Vehicular Pursuits); and

        d.    Be subject to the provisions in GO-SPT-401.02 (Crash Review Board), except that the Chief of Police shall determine the consequences for each separate crash incident.

    2.    Reserve Corps members shall not:

        a.    Operate a Department vehicle without obtaining the prior proper authorization of a Department supervisor for each separate use of the vehicle. If vehicle use extends over more than one tour of duty, a separate request and authorization is required for each tour of duty; and

        b.    Operate marked vehicles unless in proper uniform and on Department duty.

I.    Service Weapons

    1.    Each Reserve Officer Level II, following the successful completion of the required training, shall be issued Oleoresin Capsicum (OC) spray and an ASP baton.

    2.    Each Reserve Officer Level I, following the successful completion of the required firearms training, shall be issued a Department firearm.

    3.    Reserve Corps Members shall comply with all Department policies and procedures regarding the use of force, and act in accordance with the provisions in GO-RARs 901.01 (Handling of Service Weapons), 901.04 (Oleoresin Capsicum (OC) Spray Dispensers), and 901.07 (Use of Force), and shall be subject to the provisions in GO-RARs 901.08 (Use of Force Investigations), 901.09 (Use of Force Review Board), and 901.11 (Force Related Duty Status Determination).

4.    Firearms assigned to Reserve Corps Members shall be secured in the Watch Commander's safe in the assigned element when the Reserve Corps members are not on Department duty.

    a.    Prior to releasing a firearm to a Reserve Officer Level I, an official designated by the Watch Commander shall review the identification card of the Reserve Officer to verify the Level I status, inspect the firearm and magazines in accordance with Department procedures, and require the Reserve Officer Level I to sign a log established for that purpose.

    b.    At the end of each tour of duty of a Reserve Officer Level I who has been issued a firearm, an official designated by the Watch Commander shall take possession of, and inspect, the firearm and magazines in accordance with Department procedures, and require the Reserve Officer Level I to sign a log established for that purpose.

    c.    The Watch Commander shall determine if any delayed return of a firearm and magazines by a Reserve Officer Level I shall be reviewed, and a report submitted to the Commanding Official.

5.    When a Reserve Officer Level I who has been issued a Department firearm receives an assignment outside his/her assigned element (e.g., special event detail), the Reserve Officer Level I shall report to his/her assigned element to obtain the firearm and magazines, proceed directly to the outside assignment, and report directly from the outside assignment to his or her assigned element to return the firearm.

J.    On-Duty Injuries and Illnesses

1.    A Reserve Corps member shall immediately report injuries and illnesses that occur while on Department duty to an on duty element supervisor in his/her element, and seek medical attention as appropriate.

2.    The on duty element supervisor shall immediately notify the element Watch Commander, and shall certify the PD Form 42 (Illness/Injury Report).

3.    Prior to the end of the tour of duty during which the injury or illness occurred, the Reserve Corps member shall complete a PD Form 42 (Illness/Injury Report), and print "RESERVE CORPS MEMBER" in capital letters across the top of the first page of the PD Form 42.

    a.    The PD Form 42 shall be in detail, and shall contain the names and addresses of any witnesses.

b.  The on duty element supervisor shall certify, and forward the PD Form 42 to the Commanding Official, through the Watch Commander, prior to the end of the tour of duty during which the injury or illness occurred.

4.  When a Reserve Corps member is injured or ill to such an extent that he/she is physically unable to prepare the PD Form 42, the on duty element supervisor shall complete, certify, and forward the PD Form 42 to the Commanding Official, through the Watch Commander, prior to the end of the tour of duty during which the injury or illness occurred.

5.  The certified PD Form 42 and one copy shall be filed in the element personnel folder of the Reserve Corps member.

6.  The on duty element supervisor shall report the injury or illness to the D.C. Disability Compensation Program within twenty-four (24) hours from the time the injury or illness occurred (See Attachment A for the phone number), and provide the following information:

    a.  Claimant's name, Social Security Number, address, home telephone number, date of birth, and occupation (i.e., MPD Reserve Corps member);

    b.  Date and time of the injury or illness;

    c.  Name of the employing agency program (i.e., MPD Volunteer Program), and element of assignment;

    d.  Department Supervisor's name, work address, and work telephone number;

    e.  Description of the injury or illness; and

    f.  Location where the injury or illness occurred.

7.  Within fifteen (15) calendar days from receipt of the "Injury or Occupational Illness Report" from the D.C. Disability Compensation Program, the injured or ill Reserve Corps member, or if the member is unable to do so, the on duty element supervisor, shall submit to the D.C. Disability Compensation Program (See Attachment A for address and phone number):

    a.  A copy of the completed "Injury or Occupational Illness Report;"

    b.  A copy of the certified PD Form 42; and

      c.    All related reports from physicians, hospitals and emergency or other treatment and health care facilities.

  8.    An injured or ill Reserve Corps member shall:

      a.    Arrange to pay for the initial medical treatment. Upon the injury or illness being ruled in the performance of duty, the Reserve Corps member may seek appropriate reimbursement from the D.C. Disability Compensation Program in the Office of Risk Management according to the procedures established by that Office; and

      b.    Obtain subsequent medical treatment for injuries and illnesses ruled in the performance of duty through the D.C. Disability Compensation Program, or from his/her selected health care provider.

  9.    When a Reserve Corps member sustains an injury or illness while off duty, to the extent that the Reserve Corps member is unable to fulfill the monthly volunteer service requirement, the member shall notify the Reserve Corps Manager, in writing, through the chain of command, within forty-eight (48) hours, or as soon as capable of doing so.

  10.    To return to volunteer duty with the Department following an extended absence due to injury or illness, a Reserve Corps member must submit to the Reserve Corps Manager certification from a private physician that the member can perform the full range of Reserve Corps duties and responsibilities.

  11.    Reserve Officers Level I shall be subject to the same policies and procedures regarding re-qualification with their assigned firearm after an extended absence from volunteer service as prescribed in GO-RAR-901.01 (Handling of Service Weapons).

K.    Conduct

  1.    Reserve Corps members, in accordance with their Level, shall:

      a.    Conduct themselves in a professional manner as governed by applicable Federal and District of Columbia laws and regulations;

      b.    Act in accordance with Department directives, including General Order 201.26 (Duties, Responsibilities and Conduct of Members of the Department), and GO-RAR-201.36 (Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics);

      c.    While on Department duty, be held to the same duty obligations

as a sworn officer, including the duty to make arrests for crimes committed in their presence, the duty to take appropriate police action when required, and the duty to comply with all laws, regulations, Department directives, and lawfully issued orders;

d.    Advise their Department supervisor at least one hour prior to the start time for the volunteer service when they are unable to report for scheduled volunteer service;

e.    Not perform volunteer service outside the assigned element without the prior approval of their Department Supervisor, except when assigned to a special event detail by the Assistant Chief, OSS;

f.    At all times, maintain personal possession of all Department-issued uniforms and equipment, including the badge and identification card;

g.    Within twenty-four (24) hours of any change in name, address, or telephone number, complete the PD Form 73 (Personnel Action), and submit to their Department supervisor.

2.    Department supervisors shall conduct annual performance evaluations of Reserve Corps members with input from appropriate Reserve officials, and in accordance with the Department procedures prescribed for Reserve Corps members.

3.    When a Reserve Corps member has engaged in conduct that results in corrective action, the Commanding Official shall forward a copy of the action taken to the Reserve Corps Manager.

L.    Demotion, Removal, or Resignation

1.    Reserve Corps members serve at the pleasure of the Chief of Police, who may, at any time, and for any reason, reduce a member in rank or Level, or remove the member from the Reserve Corps.

2.    The Reserve Corps Manager shall recommend members to the Chief of Police, through the chain of command, for a reduction in rank or Level, or removal from the Reserve Corps, for:

a.    Failing to meet the annual service requirement;

b.    Receipt of a rating of lower than "Meets Expectations" in the annual Department performance evaluation;

c.    Failing to successfully complete Reserve Corps initial training requirements;

    d.    Failing to successfully complete field training requirements; and

    e.    Failing to successfully complete in-service training requirements, including those relating to CPR/AED re-certification, and for re-qualifying with the Department-issued firearm, ASP, and OC spray.

3.    The Reserve Corps Manager, or a Reserve, civilian, or sworn supervisor of a Reserve Corps member, shall recommend to the Chief of Police, through the chain of command, reduction in rank or Level, or removal, when Reserve Corps members engage in conduct that warrants other than corrective action.

4.    When a Reserve Corps member is recommended for removal from the Reserve Corps, the element Commanding Official shall immediately:

    a.    Relieve the Reserve Corps member from voluntary service;

    b.    Serve the Reserve Corps member with a PD Form 77 (Revocation of Police Powers) in accordance with General Order 1202.4 (Revocation of Police Powers);

    c.    On the PD Form 77, check the box marked "Other", and explain the reason for the revocation; and

    d.    Prohibit the Reserve Corps member from performing any voluntary service with the Department pending the decision of the Chief of Police.

5.    Any Reserve Corps member may resign from the Reserve Corps at any time, and shall notify the Chief of Police of such resignation, in writing, through the chain of command, with a copy to the Reserve Corps Manager.

M.    Roles and Responsibilities of Supervisory and Command Personnel

1.    Reserve Corps Officials shall:

    a.    Provide administrative and field supervision to Reserve Corps members in accordance with the authorities prescribed by their Level, and with the provisions in this General Order.

    b.    Recognize the commendable performance of Reserve Corps members;

    c.    Recommend Reserve Corps members for reduction in rank or Level, or removal from the Reserve Corps as required by this General Order;

        d.     Prepare annual performance evaluations;

        e.     Ensure compliance with applicable laws, rules, and directives; and

        f.     Carry out Reserve Officer duties and responsibilities as assigned.

2.     Department Supervisors shall:

        a.     Provide the proper supervision to assigned Reserve Corps members, including:

             (1)    Giving Reserve Corps members their daily assignments;

             (2)    Ensure injuries and illnesses of Reserve Corps members are handled in accordance with the provisions in this General Order;

             (3)    Conducting administrative investigations;

             (4)    Recognizing the commendable performance of Reserve Corps members;

             (5)    Recommending Reserve Corps members for reduction in rank or Level, or removal from the Reserve Corps as required by this General Order;

             (6)    Preparing annual performance evaluations; and

             (7)    Ensuring compliance with applicable laws, rules, and directives.

        b.     Ensure that Department-issued uniforms and equipment are returned to the Department following the removal or resignation of a Reserve Corps member; and

        c.     Ensure the completion of all applicable forms related to on-duty injuries and illnesses of Reserve Corps members, to include timely certification of the PD Form 42, in accordance with the provisions in this General Order.

3.     The Reserve Corps Manager shall:

        a.     Assist in ensuring that the Department's Reserve Corps program is administered in accordance with all applicable laws, rules, regulations, and the provisions in this General Order;

b.    Manage the daily administrative operations of the Reserve
      Corps;

c.    Supervise Reserve Corps members on special event details as
      required;

d.    Recommend individuals for acceptance into Reserve Corps
      training programs and appointment as Reserve Corps
      members;

e.    Ensure that personnel records for Reserve Corps members are
      properly established and maintained, including service and
      training records;

f.    Ensure that Reserve Corps members receive the required field
      and in-service training, including firearms re-qualification
      training;

g.    Inspect and monitor the activities of Reserve Corps members,
      to include recommending the Reserve Corps members for
      recognition as appropriate;

h.    Recommend Reserve Corps members for reduction in rank or
      Level, or removal from the Reserve Corps as required by this
      General Order;

i.    Process notifications from Reserve Corps members concerning
      their inability to volunteer due to on-duty and off-duty injuries
      and illnesses;

j.    Prepare written directives, reports, and correspondence relating
      to the administration, operation, and accomplishments of the
      Reserve Corps; and

k.    Evaluate the effectiveness of the Reserve Corps Program and
      submit to the Assistant Chief, OSS, an annual report with
      recommendations for improving the efficiency and effectiveness
      of the Reserve Corps.

4.    Watch Commanders shall ensure that:

a.    Department-issued firearms assigned to Reserve Officers Level
      I are released, returned, and stored properly;

b.    Reserve Corps members receive the appropriate supervision on
      their assigned tours of duty;

c.    All PD Form 42s for Reserve Corps members are certified prior

to the end of the tour of duty during which the injury or illness occurred.

5. Commanding Officials shall:

    a. Ensure that the Reserve Corps program functions within their element in accordance with all applicable laws, rules, regulations, and the provisions in this General Order;

    b. Approve additional duties and responsibilities that are not defined in this General Order. Additional duties and responsibilities shall be in accordance with the provisions in this General Order;

    c. Ensure that Reserve Corps administrative matters are kept up-to-date with regard to personnel records; service documentation; compliance with law, regulation and directives; reporting injuries and illnesses; misconduct reviews; issuance of corrective action; and recognition for commendable performance; and

    d. Make recommendations for promotions, demotions, or removal from the Reserve Corps.

6. The Director, General Support Services Division, Corporate Support Group, shall ensure that Reserve Corps members are furnished with the authorized uniforms and equipment, and maintain a record of such issuance.

7. The Director, Institute of Police Science, Corporate Support Group, shall:

    a. Provide Reserve Corps members with the proper initial and in-service training, including CPR, AED, ASP baton, OC spray, firearms, and vehicle skills qualification training;

    b. Ensure that all Reserve Corps member training is documented;

    c. Provide qualified Reserve Corps members the training that will permit them to instruct, as appropriate, Reserve Officer Level I and II initial training programs, and in-service training for Reserve Corps members; and

    d. Ensure that a minimum of one Reserve Officer Level II and one Reserve Officer Level I training program is conducted each calendar year, except as otherwise authorized by the Chief of Police.

8.  The Director, Office of Human Services, Corporate Support Group, shall:

    a.  Ensure the proper recruitment and selection of Reserve Corps members; and

    b.  Ensure that Reserve Corps members participate in the Department's drug screening program for sworn members.

9.  The Assistant Chief, OSS, shall:

    a.  Ensure that the Department's Reserve Corps program is administered in accordance with all applicable laws, rules, regulations, and the provisions in this General Order;

    b.  Approve the issuance of written internal guidance pertaining to the administrative operation of the Reserve Corps;

    c.  Determine the initial assignments, and subsequent transfers, of Reserve Corps members following completion of the required initial training;

    d.  Coordinate, authorize, and ensure the proper deployment of Reserve Corps members to special event details;

    e.  Approve the wearing of other than the Department uniform by a Reserve Corps member; and

    f.  Ensure the Reserve Corps Manager provides periodic reports, and an annual report, on the status of issues and initiatives within the Reserve Corps program.

10. The Chief of Police shall:

    a.  Approve the appointment of the Reserve Corps Manager;

    b.  Serve as the final authority on the duties, responsibilities, authorities, appointment, training, promotion, tenure, reduction in rank or Level, and removal of Reserve Corps members;

    c.  Determine the consequences for Reserve Corps members involved in preventable motor vehicle crashes; and

    d.  Grant credit to Reserve Corps members selected for employment as sworn officers for equivalent Department training completed under the Reserve Corps program.

## VI.    CROSS REFERENCES

A.    D.C. Official Code

   1.    D. C. Official Code § 1-319.01 (Utilization by District government encouraged) through § 1-319.03 (Conflicts of interest; ineligibility for employee benefits)

   2.    D.C. Official Code § 1-632.06 (Express retention of certain District of Columbia laws)

   3.    D.C. Official Code § 5-129.03 (Appointment of special police without pay)

   4.    D. C. Official Code § 5-129.51 (Metropolitan Police Department Reserve Corps)

B.    D.C. Personnel Rules and Regulations

   District of Columbia Personnel Manual, Chapter 35 (Voluntary Services) Section 4000 (Utilization of Voluntary Services)

C.    General Orders

   1.    GO-OPS-110.11 (Uniforms and Equipment)

   2.    General Order 201.26 (Duties, Responsibilities, and Conduct of Members of the Department)

   3.    GO-RAR-201.36 (Metropolitan Police Department Sworn Law Enforcement Officer Code of Ethics)

   4.    General Order 301.1 (Vehicle Operation and Maintenance)

   5.    GO-OPS-301.03 (Vehicular Pursuits)

   6.    GO-SPT-401.01 (Field Reporting System)

   7.    GO-SPT-401.02 (Crash Review Board (CRB)

   8.    GO-RAR-901.01 (Handling of Service Weapons)

   9.    GO-RAR-901.04 (Oleoresin Capsicum (OC) Spray Dispensers)

   10.    GO-RAR-901.07 (Use of Force)

   11.    GO-RAR-901.08 (Use of Force Investigations)

12.   GO-RAR-901.09 (Use of Force Review Board)

13.   GO-RAR-901.11 (Force Related Duty Status Determination)

14.   General Order 1202.4 (Revocation of Police Powers)

## VII.   ATTACHMENT

1.   Attachment A: Contact information for the D.C. Disability Compensation Program

Charles H. Ramsey
Chief of Police

CHR:NMJ:DAH:JAH:scm:jgw:gdc:mck

## CONTACT INFORMATION FOR THE D.C. DISABILITY COMPENSATION PROGRAM IN THE D.C. OFFICE OF RISK MANAGEMENT

*To begin the process of filing a claim for disability compensation, the Reserve Corps Officer's supervisor must call:*

888-832-2524

*For information on the D.C. Disability Compensation Program:*

D.C. Office of Risk Management
D.C. Disability Compensation Program
441 4th Street, NW, Suite 930 South
Washington, DC 20001  (202) 727-2277
http://orm.dc.gov

GO-OMA-101.03 (Organization, Authority, and Rules of the Metropolitan Police Department Reserve Corps)
ATTACHMENT A
Contact Information for the D.C. Disability Compensation Program in the D.C. Office of Risk Management
Rev.6/28/05