# Metropolitan Police Department □ Washington, D.C.



# GENERAL ORDER

| Subject: | Series | Number | Distribution | Change Number |
|---|---|---|---|---|
| **Organization, Authority and Rules of the Metropolitan Police Department Reserve Corps** | 101 | 3 | A | 2 |

| Effective Date |
|---|
| **March 1, 1995** |

| Revision Date |
|---|
| **March 1, 1995** |

The purpose of this order is to establish the policy, procedures and rules for the Metropolitan Police Department Reserve Corps; to reorganize the Corps in its entirety; to define its mission; and to bring the organization to a state of readiness. This order consists of the following parts:

**PART I**    **Establishment of the Reserve Corps**

    A.    Policy.
    B.    General.
    C.    Membership.
    D.    Recruiting.
    E.    Organization.

**PART II**    **Responsibilities and Procedures for Reserve Corps Members**

    A.    Duty Levels.
    B.    Line Reserve Officers (Level I).
    C.    Support Reserve Officers (Level II).
    D.    All Reserve Members.

**PART III**    **Responsibilities and Procedures for Supervisory and Command Personnel**

    A.    Patrol Services Officer.
    B.    Reserve Corps Commander.
    C.    District/Division Commanders.
    D.    District Commanding officers and District Reserve Captains.
    E.    Reserve Corps Sergeants/Lieutenants.
    F.    Regular/Reserve Officials.
    G.    Director, Personnel and Training Division.
    H.    Director, Property Division.
    I.    Director, Planning and Research Division.

06 1223

**FILED**

JUL - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



ALL-STATE LEGAL®
PLAINTIFF'S EXHIBIT
B

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| General Order No. 101.3 | March 1, 1995 | 2 | 2 of 30 |

## PART I

### A.    Policy.

It is the policy of the Metropolitan Police Department to establish and maintain, as authorized pursuant to Commissioners' Order 502,757/6 (September 12, 1950), an effective Reserve Corps to assist the regular force of the Metropolitan Police Department and to be an integral part of the department.

### B.    General.

1.    The members of the Metropolitan Police Department Reserve Corps are subject to the provisions of the Volunteer Services Act, D.C. Code § 1-304 et seq. (1981); the rules implementing the Act, "Utilization of Volunteer Services," § 4000.1 et seq., 29 DCR 5405; and the "Implementing Guidance and Procedures," Chapter 35: Voluntary Services, District Personnel Manual.

2.    Pursuant to the Volunteer Services Act and the rules and guidelines implementing the Act, Reserve Corps members may perform the same duties as a regular member of the department in the course of augmenting or supplementing the activities of the department, subject to such limitations or conditions as may be imposed by the Chief of Police.

3.    Members of the Reserve Corps shall perform only those duties for which they have received competent training and for which they have been certified by authority of the Chief of Police.

4.    Members of the Reserve Corps shall perform, under supervision of the District or Division Commanders, general duties of the regular police force, i.e., prevention and detection of crime, the protection of life and property, and such other police-related duties as may be directed by the Chief of Police.

5.    Members of the Reserve Corps, pursuant to D.C. Code § 4-130, may be appointed as special privates without pay upon any emergency of riot, pestilence, invasion, insurrection, or during any day of public election, ceremony, or celebration, and shall possess all the powers and privileges of the privates of the regular police force during such term of service. The Chief of Police, at his discretion, may designate one or more of such privates to serve temporarily in supervisory ranks consistent with the needs of the department.

6.    The Reserve Corps, under the direction of its commander, may perform specific details as a unit as may be authorized by the Patrol Services Officer or the Commander of the Special Operations Division.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **3 of 30** |

       7.    Members of the Reserve Corps may be assigned, under supervision of appropriate department officials, to technical or specialized duties throughout the department for which they are qualified to perform.

       8.    Members of the Reserve Corps shall perform such other duties as may be directed.

    **C.**    **Membership.**

       1.    Requirements for membership in the Reserve Corps shall be as follows:

       a.    U.S. Citizenship.

       b.    Residence in the Washington Metropolitan Area, within a radius of 25 miles from the U.S. Capitol Building.

       c.    Age 21 years or over.  Applicants over the age of 55 must submit a doctor's certificate of fitness to perform the essential duties of a Reserve Corps member.

       d.    Good mental and physical health.

       e.    Pass a physical/psychological  examination by the Police and Fire Clinic (Medical Services Division), including drug screening.

       f.    Good moral character.

       g.    High School education or G.E.D.

       h.    Pass a criminal background check.

       i.    Satisfactorily complete the Metropolitan Police Training Academy Reserve Corps Program.

       2.    All members of the Reserve Corps shall be required to execute an oath of allegiance to the United States and undergo such background investigation and suitability review based upon those elements and standards listed in the D.C. Personnel Regulations, § 870 et seq. (Processing Entry-Level Candidates for Police Officer and Firefighter Positions).

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **4 of 30** |

3.     A member of the Reserve Corps may be "retired" (uncompensated) when it is determined that the member is unable to perform the essential functions of his/her position.

4.     At least six months before a member reaches his/her 70th birthday, the officer shall submit to the Reserve Corps Commander a doctor's certificate of fitness to perform the duties assigned.  The certificate of fitness shall be forwarded to the Director of the Medical Services Division for review and such further action as may be appropriate.  Based upon the report of the Medical Services Division, the member's suitability for continued service in the Reserve Corps shall be determined by the Reserve Corps Commander with the concurrence of the Patrol Services Officer.  Failure to submit a certificate of fitness will be treated as a "retirement" from the Reserve Corps, effective upon the officer's 70th birthday.  Failure to pass the suitability review will require discharge upon appropriate terms with a right of appeal to the Chief of Police.

### D.   Recruiting.

1.     Citizens meeting the eligibility requirements described above may go to any district station or the Police Reserve Corps Division, 300 Indiana Avenue, N.W., for an application form, PD Form 746.  The applicant will be instructed to complete the application forms in triplicate and to sign all copies in ink, including the affidavit on the reverse side, which must be notarized on the original copy.  The completed application must be returned to either the district station or the office of the Reserve Corps Division.  Applicants should indicate their preferred assignment (Line Reserve Officer or Support Reserve Officer).

2.     Applications received at a district station will be checked for completeness and accuracy by the Reserve Captain concerned.  The application will be forwarded to the Commander, Police Reserve Corps.

3.     Reserve applicants shall be instructed to contact the Reserve Corps Division for information concerning the processing of their applications.

4.     An executed PD Form 70 (Criminal History Request), authorizing the release of arrest records, will be forwarded to the Identification and Records Division where the applicant's criminal record will be checked.

5.     The applicant will be notified to report to the Identification and Records Division, for fingerprinting and photographing.  The applicant's fingerprints will then be forwarded to the Federal Bureau of Investigation (FBI) for processing.

6.     Upon return of the FBI report and if the report is satisfactory, an investigation of the applicant's character and general suitability shall be conducted.

| Publication | | Effective Date | Change Number | Page Number |
|---|---|---|---|---|
| **General Order   No. 101.3** | | **March 1, 1995** | **2** | **5 of 30** |

7.     The Commander of the Reserve Corps will notify the applicant as to his/her conditional approval or disapproval.  If approved, the applicant will be notified of the time and date that he/she is to report to the Police and Fire Clinic (Medical Services Division) for a physical examination.

8.     When an applicant has been accepted as a member of the Reserve Corps, he/she will be so notified and will be informed of the next training schedule available.

9.     When the member has successfully completed his/her training, the Reserve Corps Commander will then address the necessary communication to the appropriate District Commander, informing him/her that the member has completed the prescribed training course.  The new member will be directed to report to the Reserve Corps Captain where assigned.

E.     <u>Organization.</u>

1.     The Reserve Corps shall be represented in the organizational structure of the Metropolitan Police Department as the Reserve Corps Division, located in the Patrol Services Bureau, reporting directly to the Patrol Services Officer.

2.     The Reserve Corps shall be commanded by a member of the Reserve Corps of suitable rank as designated by the Chief of Police upon recommendation of the Patrol Services Officer.

3.     The Chief of Police may designate one or more Reserve Corps members of appropriate rank (upon recommendation of the Patrol Services Officer) to assist the Reserve Corps Commander in the administration of such programs as authorized by the Chief of Police.

4.     Members of the Reserve Corps shall be officers except that the Chief of Police may promote members, after competitive examination, to positions at the rank of Sergeant, Lieutenant or Captain.  At the discretion of the Chief of Police and upon recommendation of the Reserve Corps Commander, qualified members may be designated by other specialized titles such as Private First Class, Master Patrol Officer, Desk Sergeant, Investigator, or similar titles recognized by the department.

5.     Reserve Corps members assigned to patrol districts or the Special Operations Division shall be supervised by a Reserve Captain who shall report to the appropriate District or Division Commander through the District or Division commanding officer or his/her designee.  Reserve Corps members assigned to any other division of the department shall report for duty to the official designated by the director of that division.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **6 of 30** |

6.    Where appropriate, Reserve officers shall report to a regular sworn official or at roll call on each tour of duty in the same manner as a sworn officer.

7.    Reserve officials shall maintain overall administrative responsibility for Reserve officers and such direct supervisory responsibility as clearly delegated by the Patrol Services Officer, the Reserve Corps Commander, or the respective District Commander for specific details or assignments.

8.    The Reserve Corps members assigned to police districts shall be organized into squads commanded by Reserve Sergeants and platoons commanded by Reserve Lieutenants.

**PART II**

A.    <u>Duty Levels.</u>

1.    Reserve Corps members shall be classified generally at two duty levels according to their training and ability to perform the specific functions of a police officer.  These levels are as follows:

> Level I—
> <u>Line Reserve Officers</u> will perform the same functions as regular police officers.  They will wear a uniform and a badge and will carry a weapon while on duty.  While working patrol functions, they will provide protection and service to the public.
>
> Level II—
> <u>Support Reserve Officers</u> will perform general police assignments in the company of a regular officer, a Line Reserve Officer, or a two-member Reserve team, and will provide support services to field personnel.  They will wear a uniform and badge, but will not carry a weapon.

2.    Reserve Officers may wear a distinctive pin, patch or emblem, as approved by the Chief of Police, identifying their duty level and any specialty for which they are certified.

B.    <u>Line Reserve Officers (Level I).</u>

1.    <u>Line Reserve Responsibilities.</u>

a.    Members of the Reserve Corps who meet the physical and psychological standards established and administered by the Medical Services Division and who successfully pass a background examination may be designated

| Publication | | Effective Date | Change Number | Page Number |
|---|---|---|---|---|
| General Order   No. 101.3 | | March 1, 1995 | 2 | 7 of 30 |

by the Chief of Police as candidates for special training which will qualify them to carry service weapons and to fully perform duties as a duly-appointed law enforcement officer.  Candidates shall be required to perform satisfactorily as a Support Reserve Officer (Level II) for at least one year to become eligible for designation as a Line Reserve Officer (Level I).

        b.      Training for members of the Line Reserve shall be equivalent in all respects to that provided to regular police recruits.

        c.      Members who have completed the requirements . necessary to the exercise of full police powers and the carrying of a service weapon shall be sworn and designated as Line Reserve Officers.

        d.      While officially on duty, Line Reserve Officers shall be held to the same duty obligations as a regular sworn officer, including the duty to make arrests for crimes against the United States committed in their presence, the duty to take appropriate police action when required, and the duty to comply with all relevant rules of the Metropolitan Police Department.

        e.      When not on duty, Line Reserve Officers shall be subject only to those responsibilities accruing to a private citizen; however, each Line Reserve Officer shall be expected to exhibit behavior consistent with his/her special relationship with the Metropolitan Police Department and in conformity with the applicable rules and regulations of the department.

        f.      When a Line Reserve Officer participates in an arrest with a regular sworn officer, the regular sworn officer shall have primary responsibility for all court appearances.

        g.      Line Reserve Officers shall make themselves available for court appearances, even when such may interfere with their regular employment. They shall be subject to official court process to compel their attendance, if needed.

        h.      Line Reserve members who are required to make court appearances are authorized to check out court passes and to park in designated areas while in court.

        i.      Officials in the Line Reserve, regardless of rank, may be assigned to patrol duties.  When so assigned, the member shall be subject to the same supervision and duty responsibilities as Line Reserve Officers unless otherwise determined by the Chief of Police.

| Publication | | Effective Date | Change Number | Page Number |
|---|---|---|---|---|
| General Order | No. 101.3 | March 1, 1995 | 2 | 8 of 30 |

    2.    Line Reserve Authority.

    a.    Members of the Line Reserve shall be sworn as special law enforcement officers of the Metropolitan Police Department upon satisfactory completion of the prescribed training, and shall have the same police powers as any other duly-appointed member of the department only while in uniform and officially on duty.  These powers include, but are not limited to, the full powers of arrest, authority to issue violation citations or notices of infraction, authority to appear before courts or administrative tribunals as a police officer, and authority to carry service weapons.

    b.    When not in uniform or not officially on duty, members of the Line Reserves shall possess only such police power as accrues to a private citizen.

    3.    Line Reserve Assignments.

    a.    Members of the Line Reserves shall initially be assigned to a patrol district designated by the Reserve Corps Commander with approval of the Patrol Services Officer and shall work with a sworn member, while on duty, until certified.

    b.    When on duty and armed, each Line Reserve Officer shall sign the Patrol Signal System (PSS) book in his/her district or division, accounting for all time elapsing between the issuance and return of his/her service weapon.

    c.    While on patrol duty, Line Reserve members shall be subject to the authority and control of the appropriate District Commander and the regular chain of command.

    d.    Upon satisfactory completion of a six-month period of directly supervised duty, as determined by the Patrol Services Officer, Line Reserve Officers may be certified to perform individual assignments in the same manner as other sworn members and may be assigned to other Districts or units.

    e.    The sworn member assigned to work with a Line Reserve Officer shall complete a Field Training Officer Report (PD Form Un-465) after each tour of duty, which shall be submitted to the appropriate District commanding officer or his/her designee.

    f.    Members of the Line Reserves shall be advised of those four-hour or eight-hour shifts when their district can best utilize their services and shall attempt to conform their schedule accordingly.

| Publication | | Effective Date | Change Number | Page Number |
|---|---|---|---|---|
| **General Order   No. 101.3** | | **March 1, 1995** | **2** | **9 of 30** |

g.      Assignment of Line Reserve Officers (Level I) to details or other duties outside of their assigned District shall require the approval of the Reserve Corps Commander and the Patrol Services Officer.

4.    <u>Service Weapons</u>.

a.      Each Line Reserve Officer shall be assigned and issued a personal service weapon (Glock semi-automatic) and three magazines of ammunition.  The weapon and ammunition shall be kept in the custody of the District where the Line Reserve Officer is assigned.

b.      Service weapons for Line Reserve Officers shall be maintained in a locked box located in the radio room, district safe, or other secured area at the district where the Line Reserve Officer is assigned.

c.      At the beginning of each tour of duty the weapon and ammunition shall be released to the respective Line Reserve Officer by an official designated by the Watch Commander.

d.      Upon the completion of a tour of duty the weapon and ammunition shall be returned and deposited in the secured area by the appropriate official.

e.      The weapon shall be inspected upon issuance and return. The magazines shall also be inspected to ensure that they contain all of the ammunition issued.  If a discharge has occurred, the appropriate reports shall be initiated.

f.      A record of the issuance of a service weapon shall be maintained in the radio log book in each district, noting the issuance and return of individual service weapons and magazines with ammunition in the same manner as department shotguns.

g.      Line Reserve Officers (Level I) shall be required to qualify with their service weapon the same as regular sworn members, reporting to the MPD Firearms Range at least twice a year.  The District commanding officer or his/her designee where the Line Reserve member is assigned shall maintain weapons qualification records and ensure that each Line Reserve member receives the same weapons qualification testing as a regular sworn member.

h.      Line Reserve Officers shall use only such service weapons as are provided and authorized by the department.

i.      Line Reserve Officers are not authorized to carry service weapons when not officially on duty and in uniform.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **10 of 30** |

j.       All procedures contained in General Order No. 901.1 (Use of Firearms and Other Service Weapons) shall apply to Line Reserves in the same manner as sworn members.

k.       In the event of an assignment to details or other duties outside of their assigned District, the Line Reserve Officer shall report to his/her appropriate district station to sign the PSS book and for issuance of the service weapon immediately prior to the commencement of such duty, proceed directly to the assignment, and report directly from the assignment to return the weapon and sign out in the PSS book.

l.       Should a Line Reserve Officer engage in conduct requiring the revocation of his/her police powers, the procedures outlined in General Order 1202.4 (Revocation of Police Power) shall be followed to the extent applicable, including suspension, placement on administrative leave or non-contact office duty.

C.    **Support Reserve Officers (Level II)**

1.    **Support Reserve Responsibilities.**

a.       Training for Support Reserve Officers shall consist of at least 160 hours of basic training plus such specialized training as may be required to perform specific specialized details and assignments. Basic training will include initial indoctrination training of at least 40 hours and at least 120 additional hours of instruction in such subjects as D.C. Code, Laws of Arrest, Community Empowerment Policing, Radio Communication, Vehicle Skills, Traffic Enforcement, Self Defense, Report Writing, etc.

b.       Recruits who complete only the initial indoctrination training shall be on a probationary status and their duties shall be limited until all basic training has been completed satisfactorily. While on probationary status, recruits will perform only those non-enforcement functions specifically assigned by their supervisor.

c.       Support Reserve Officers may also be required to complete specialized training in certain areas in order to be eligible for certain duty assignments, e.g., writing Notices of Infractions, crime scene search assistance, civil disturbance units, report writing programs, etc.

d.       There may be emergency situations where a Support Reserve Officer (Level II) may need to take control of a firearm, therefore all Support Reserve Corps members must report to the Training Academy Firearms Range for qualification at least once a year. Those failing to qualify must make arrangements with the MPD Range Officer, through channels, to return until they do qualify.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order  No. 101.3** | **March 1, 1995** | **2** | **11 of 30** |

2.    <u>Support Reserve Authority.</u>

a.    Support Reserve Officers shall normally exercise only those powers of arrest possessed by a private citizen.

b.    A Support Reserve Officer shall exercise full police powers only while acting in the aid or assistance of a regular member of the force.

c.    Support Reserve Officers shall not operate Code One unless accompanied and directed by a regular officer, a properly certified Line Reserve Officer, or when specifically authorized by the Patrol Services Officer or the Chief of Police.

3.    <u>Support Reserve Assignments.</u>

a.    Members of the Support Reserve shall be assigned only to duties for which they are qualified, trained, or certified.

b.    Support Reserve Officers may accompany and assist a regular sworn officer or a Line Reserve Officer on patrol or other assignments or in two-member teams, and shall be subject to the direction of such regular sworn officer or Line Reserve Officer at all times.

c.    Support Reserve Officers shall be provided with radios when performing field duties.

D.    <u>All Reserve Members.</u>

1.    <u>Supervisory Responsibilities.</u>

a.    When any Reserve member, regardless of rank, is assigned to a foot or scout car beat with a regular sworn officer, the primary responsibility for the operation and conduct of the beat team shall rest with the regular sworn officer.

b.    Reserve officials shall maintain overall administrative responsibility for all Reserve officers and such direct supervisory responsibility as clearly delegated by the Patrol Services Officer, the respective District Commander, or the Reserve Corps Commander for specific details or assignments.

2.    <u>Minimum Duty Requirements.</u>

a.    The Reserve Corps Commander shall report for duty at his assigned office for at least 48 hours a month.  If on occasions of emergency or other exigencies it is manifestly impractical to do so, he/she shall notify the Patrol Services Officer or a designee.

| Publication | | Effective Date | Change Number | Page Number |
|---|---|---|---|---|
| General Order    No. 101.3 | | March 1, 1995 | 2 | 12 of 30 |

b.    Reserve Corps Inspectors or Captains shall report for their assigned duties for at least 25 hours a month.  If on occasions of emergency or other exigencies it is manifestly impractical to do so, they shall notify their District Commander or the Reserve Corps Commander, as may be appropriate.

c.    Reserve Corps Lieutenants shall report for duty in their assigned districts or units for at least 20 hours a month.  If on occasions of emergency or other exigencies it is manifestly impractical to do so, they shall notify their Reserve Corps Captain.

d.    Reserve Corps Sergeants shall report for duty in their assigned districts or units for at least 16 hours a month.  If on occasions of emergency or other exigencies it is manifestly impractical to do so, they shall notify their Reserve Corps Lieutenant.  If such Lieutenant is not available, notification shall be made to the Reserve Corps Captain.

e.    All Support Reserve Officers shall report for duty in their assigned district or units at least 12 hours a month.  If on occasions of emergency or other exigencies it is manifestly impractical to do so, they shall notify their Reserve Corps Sergeant.  If such Sergeant is not available, notification shall be made to the Reserve Corps Lieutenant.

f.    All Line Reserve Officers shall report for duty in their assigned district or the Special Operations Division at least 16 hours a month.  If on occasions of emergency or other exigencies it is manifestly impractical to do so, they shall notify their Reserve Corps Sergeant.  If such Sergeant is not available, notification shall be made to the Reserve Corps Lieutenant.

g.    All Reserve Corps members shall be required to commit themselves to at least one-half of their minimum duty requirement for a fixed time period each month.  (For example, a Technical Reserve Officer might commit to a fixed schedule of 4 hours on the first and third Fridays of each month, fulfilling the remaining 4 hours of his/her duty requirement at other random or convenient times.)

h.    Failure of a member to report for duty at a committed time or failure to provide an explanation in advance may result in a written reprimand or other appropriate notation to the member's personnel records for inclusion as a part of the member's annual performance rating.

i.    When possible and upon approval from the Chief of Police, Reserve Corps members who are selected for employment as regular police officers may receive appropriate credit for equivalent training completed under the Reserve program.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **13 of 30** |

3.   Rules of Conduct.

a.    Insofar as applicable, or except as otherwise provided by department regulations, the rules and standards in accordance with General Order 201.26 (Duties, Responsibilities and Conduct of Members of the Department) and General Order 1202.1 (Disciplinary Procedures and Processes) shall serve as rules and standards of conduct for members of the Reserve Corps.

b.    Any conduct of any member of the Reserve Corps which reflects discredit upon the Corps or the Metropolitan Police Department shall be sufficient cause for removal from the Reserve Corps.

c.    If a Reserve officer cannot respond on a detail because of illness or some other type of emergency, he/she shall notify a Reserve Corps official or an official of the regular force assigned to such detail.

d.    When a member is scheduled to report on a detail and fails to respond, a report shall be forwarded by the Reserve Captain through the District Commander to the Reserve Corps Commander who will place a notation to that effect in the Reserve officer's personnel folder.

e.    It shall be the duty of every member of the Reserve Corps to report, using a PD Form 43 (Report of Damage to or Loss of Uniform or Equipment), within 24 hours, to his/her commanding officer or his/her designee, through the Reserve Captain, any damage to or loss of government property in his/her possession. Such report shall be in detail and contain the names and addresses of all witnesses. When identified departmental property is involved, a PD 251 (Event Report) shall be completed.

f.    Reserve members shall provide the Metropolitan Police Department with their current correct address, telephone number, and name of the person to be notified in case of emergency. It shall be the responsibility of every member to advise their Reserve Captain or the Reserve Commander, within 24 hours, of any changes in this information.

g.    The Reserve Corps badge and identification card shall remain in the personal possession of the member at all times and under no circumstances shall it be loaned to any other person.

h.    When a member moves away from the Metropolitan area of the District of Columbia or separates from the Reserve Corps, all District of Columbia property, including the identification card, shall be returned in good condition within 72 hours to the Reserve Captain of the district or division to which the member is assigned. Failure to return government property may result in the issuance of an arrest warrant.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order  No. 101.3** | **March 1, 1995** | **2** | **14 of 30** |

i.     No member of the Reserve Corps shall perform active duty outside his/her district or unit of assignment without approval from the Reserve Corps Commander.

j.     Whenever details are required for special events, the Commander, Reserve Corps, shall cause the District Reserve Captain to be notified of the nature of the detail and the manpower requirements. The District Reserve Captain shall then notify the Reserve Corps Commander, through the appropriate District officials, the names of volunteer Reserve officers. Officers so assigned will be noted on the Reserve Corps signal system book as detailed to the specific event.

k.     While in uniform and officially on duty, members of the Line Reserves shall be authorized to use all equipment and facilities of the department, subject to the same rules and limitations of other sworn members, including, but not limited to, police vehicles, radios, telephones, teletype, and communications services such as WALES.

l.     The Metropolitan Police Department radio system shall be the radio system utilized by the Reserve Corps. When feasible and required by virtue of particular duty assignment, section commanders are authorized to issue portable radios to members of the Reserve Corps. No other radio system, unless specifically approved by the Chief of Police, shall be utilized for active police duty by Reserve members.

m.     The insignia of rank for all Reserve Corps officials shall be the same as that of officials within the regular force.

4.     <u>Uniform and Appearance.</u>

Policy and procedures pertaining to uniforms and appearance shall be followed by members of the Reserve Corps in accordance with General Order 1101.1 (Personal Appearance, Uniforms and Equipment).

5.     <u>Use of Department Vehicles.</u>

a.     Reserve Corps members who qualify to drive departmental vehicles may, if duly assigned, handle routine and non-emergency assignments utilizing departmental vehicles, if available, in accordance with the terms of this order.

b.     Reserve Corps members must possess and maintain a valid driver's permit from the jurisdiction in which they reside and an MPD operator's permit. Driving records shall be checked periodically and shall not reflect the presence of any serious traffic violations. A pattern of serious traffic violations shall be a basis for terminating authority to operate department vehicles and restriction of the member's duty assignments.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | 2 | 15 of 30 |

c.    Reserve Corps members must successfully complete the Training Academy Vehicle Skills class, equivalent to that provided to regular police recruits and upon the satisfactory completion of such class, be issued an MPD operator's permit.

d.    Reserve Corps members shall operate department vehicles in accordance with General Order 301.1 (Vehicle Operation and Maintenance) and all other pertinent departmental directives except as limited by this order.

e.    Reserve Corps members shall not operate marked vehicles unless in proper uniform and officially on duty.

f.    Reserve Corps members should always be equipped with a radio when operating a marked vehicle and shall promptly notify the dispatcher when happening upon any situation which exceeds the authority of Reserve Corps members or requires the exercise of full police powers.

g.    Reserve Corps members in vehicles shall not engage in random or crime patrol unless specifically authorized and accompanied by a regular police officer or a certified Line Reserve Officer.

h.    When operating departmental vehicles, Reserve members shall operate in conformity with D.C. traffic regulations and appropriate MPD directives.

6.    Use of Private Vehicles.

a.    Reserve Corps officials may use their private automobiles for the purpose of checking and supervising members who are on duty at special details, on patrol beats, or other official business of the Reserve Corps.

b.    Reserve Corps officers below the rank of sergeant shall not use their private automobiles for the purpose of performing Reserve Corps duty. However, they may use their private automobiles to go to and from their assigned beat or detail.

7.    Approved Duty Assignments.

a.    Reserve Corps members are authorized to perform service in the following positions:

(1)    Maintaining the Patrol Signal System Book.

| Publication General Order No. 101.3 | Effective Date March 1, 1995 | Change Number 2 | Page Number 16 of 30 |
|---|---|---|---|

    (2)    Patrolling a beat with a regular officer, or when practicable, in the company of another Reserve officer.

    (3)    Assignment to a mobile patrol unit.

    (4)    Assignment to control movement of traffic at special events or locations.

    (5)    Assignment to a civic or public function for the purpose of preserving the peace and promoting better police-community relations.

    (6)    Assignment to duty with the Special Events Section, Special Operations Division.

    (7)    Assignment to assist in crowd control at public events.

    (8)    Administrative runs as requested by the District commanding officer or his/her designee, District Reserve Captain, or other appropriate authority.

    (9)    Responding to requests for "special attention," assistance with citizen patrols, accident and fire scenes, street closures, etc.

    b.    Members of the Reserve Corps possessing special qualifications and appropriately certified, in addition to performing the duties described above, may be assigned to the following duties:

    (1)    Desk Clerks.

    (2)    Dispatchers.

    (3)    Telephone Receipt Clerks.

    (4)    Evidence Technician Assistants.

    (5)    Central Cell Block Aides.

    (6)    Helicopter Observers or Boating Safety Assistants.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order  No. 101.3** | **March 1, 1995** | **2** | **17 of 30** |

(7)   Prepare those reports which are normally handled by the Telephone Reporting Unit, and have these same reports signed by a sworn official, to include the following:

    (a)   Damage to Property.
    (b)   Destruction of Property.
    (c)   Stolen Autos.
    (d)   Lost Property.
    (e)   Stolen Bicycles.
    (f)   Stolen/Lost Tags.
    (g)   Injury Reports (except those on public space).
    (h)   Animal Bitings.
    (i)   All Thefts From Auto.
    (j)   All Theft II's and those Theft I's under $1000.
    (k)   Accident Reports.
    (l)   Additional information on all reports.
    (m)   Threats.

(8)   Issue Notices of Infraction (NOI's) for non-moving traffic violations.  (Line Reserve Officers may issue NOI's for all violations.)

(9)   Issue Violation Notices (PD 61D).

(10)   Respond to non-critical incidents, such as lost and/or found property, non-critical missing persons (and returned), abandoned autos, etc.

(11)   Respond to minor traffic accidents (DMV only) and manage traffic complaints.

(12)   Any specialty in which they possess the expertise, and for which the department has a need.

(13)   Assignment to the other various branches throughout the department with the concurrence of the appropriate Commander or Director and the Reserve Corps Commander.

(14)   Assist any regular officer in the preparation of reports or taking of notes pertinent to any assignment.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order No. 101.3** | **March 1, 1995** | **2** | **18 of 30** |

      c.      Reserves shall be assigned to each police district on the basis of personal preference except when necessary to achieve the staffing requirements of the department as determined by the Reserve Corps Commander.

      d.      Reserves eligible for promotion to the next higher grade who decline transfer to another district where a vacancy exists shall be passed over during the life of the promotion list unless a vacancy later occurs in his/her district of choice.

    8.    Promotional Process.

      a.      Promotion to ranks of Sergeant, Lieutenant and Captain shall be by selection from an eligibility list established no more than every two years. Listing of members in each rank of the eligibility list shall be by numerical designation determined from the composite score from a promotional examination, oral evaluation and efficiency report with the highest scoring listed first.

      b.      To be eligible for promotion to Sergeant, members must have served at least three years in the Reserve Corps with at least a satisfactory performance rating. Promotion to higher ranks shall require service of at least one year in the next lower grade at a satisfactory level of performance.

      c.      The Reserve Commander shall cause to be prepared every two years a written examination for each rank and shall inform all members of their eligibility.

      d.      The Reserve Commander shall convene oral evaluation panels for each rank as appropriate. Panel members may be challenged prior to evaluation upon a showing of good cause, i.e., bias, past conflicts, etc.

      e.      As nearly as practicable, the promotional process shall parallel the process used by regular members of the department, but shall be restricted, as may be necessary, by time and budget constraints.

      f.      The appropriate Reserve Captain shall be responsible for notifying each Reserve member who is eligible for promotion and shall document, by signature or otherwise, efforts to contact each eligible member.

    9.    Performance Ratings.

      a.      Performance ratings for each Reserve member shall be prepared annually by each Reserve Captain for members under his/her command and shall be used as the basis for rating the efficiency of each member as part of the promotional process.

| Publication General Order No. 101.3 | Effective Date March 1, 1995 | Change Number 2 | Page Number 19 of 30 |
| --- | --- | --- | --- |

b.       Each Reserve official with supervisory responsibilities shall prepare a preliminary performance rating for each member under his/her immediate supervision which shall be submitted each year to the appropriate Reserve Captain and shall be given appropriate consideration by the Reserve Captain in preparing individual annual performance ratings.

c.       The Reserve Corps Commander shall prepare annual performance ratings for all Reserve members at the rank of Captain or above.

d.       All performance ratings shall be reviewed and discussed with the member involved and an opportunity shall be provided for rebuttal or negotiation of each element comprising the performance rating.

e.       Unsatisfactory performance ratings by Reserve Captains or above may be appealed to the Reserve Corps Commander, whose determination shall be final.

f.       Unsatisfactory performance ratings by the Reserve Corps Commander may be appealed to the Patrol Services Officer, whose determination shall be final.

g.       Performance ratings shall be based upon a standard format of efficiency standards which shall emulate performance measurements in use by the District Government for similar occupations, but shall be subject to such specialized adaptations as may be approved by the Patrol Services Officer.

h.       The final performance rating for each Reserve Corps member shall be submitted to the Reserve Corps Commander no later than June 1 of each year.

10.    Administrative Review Boards.

a.       To every extent practicable and appropriate, Reserve Corps members shall be subject to the process outlined in General Order 201.7 (Review Boards) with respect to the following administrative review boards:

(1)    Motor Vehicle Accident Review Board.
(2)    Uniform and Equipment Board.
(3)    Use of Service Weapon Review Board.

b.       Disciplinary or corrective action recommended by an administrative review board and involving a Reserve Corps member shall include the following:

| Publication | | Effective Date | Change Number | Page Number |
|---|---|---|---|---|
| **General Order   No. 101.3** | | **March 1, 1995** | **2** | **20 of 30** |

    (1)      Referral of disciplinary matters to the Patrol Services Officer for processing pursuant to the disciplinary procedures applicable to Reserve Corps members.

    (2)      Official Reprimand.

    (3)      Suspension.

    (4)      Assessment, not to exceed $300.00.

    (5)      Letter of Prejudice from the Patrol Services Officer.

    (6)      Written Warning: a unit level action to be noted only on the PD Form 836 (Notice of Review Board Finding).

    c.      The appeals process for Reserve Corps members involved in an adverse finding by an administrative review board shall be the same as provided for regular members of the force.

    d.      Membership of the Appeals Board, when reviewing matters involving Reserve Corps members, shall, in addition to its regular membership, include a Reserve member of the rank of Sergeant or below selected by the Reserve Corps Commander.

    e.      Reserve Corps members shall make themselves subject to the process of any departmental review board and shall comply with all recommendations. Failure or refusal to cooperate or comply with review board process may result in termination from the Reserve Corps and may subject the member to applicable judicial proceedings.

    11.    Disciplinary Procedures.

    a.      As volunteers pursuant to the D.C. Volunteer Services Act, Reserve Corps members have no rights of appeal or other relief than the procedural privileges accorded by this order.

    b.      To every extent practicable and appropriate, Reserve Corps members shall be subject to the responsibilities and procedures outlined in General Order 1202.1 (Disciplinary Procedures and Processes) and as further modified by this order.

    c.      The offenses and penalties as listed in General Order 1202.1 shall apply to Reserve Corps members as may be appropriate. Modifications or revisions of the offenses and penalties may be considered by the deciding authority as follows:

| Publication | General Order   No. 101.3 | Effective Date<br>**March 1, 1995** | Change Number<br>**2** | Page Number<br>**21 of 30** |
| --- | --- | --- | --- | --- |

    (1)    In lieu of a fine or suspension, a Reserve Corps member may be allowed to perform specific additional duty.

    (2)    When a penalty or corrective action cannot be carried out because of a lack or refusal of cooperation by a Reserve Corps member, the alternative sanction of termination from the Corps shall be available as well as the initiation of judicial or administrative proceedings against the member when appropriate.

d.    Corrective Actions, as defined by General Order 1202.1 may be taken against a Reserve Corps member by the respective Reserve Captain or commanding officer or his/her designee or by the Reserve Corps Commander and shall include a resolution in the form of a dereliction report (PD Form 750), a letter of prejudice or an official reprimand.

e.    Adverse Actions, as defined by General Order 1202.1, may be taken by the Patrol Services Officer upon receiving a disciplinary report and recommendation from a commanding officer.

    (1)    <u>Summary Process.</u>

        (a)    The Patrol Services Officer shall issue the affected Reserve Corps member a Notice of Proposed Adverse Action citing the member with the appropriate charge(s) and identifying the acts involved.

        (b)    The Reserve Corps member shall also be informed of his/her right to answer the charge(s) in writing.

        (c)    The Patrol Services Officer shall decide the case and issue a Final Notice of Adverse Action to the affected member within 45 days, if practicable.

    (2)    <u>Disciplinary Hearings.</u>

        (a)    In cases where termination is proposed or at the discretion of the Patrol Services Officer, an adverse action hearing may be held before a hearing board appointed by the

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order**   No. 101.3 | **March 1, 1995** | 2 | 22 of 30 |

Patrol Services Officer, to make recommendations to the Patrol Services Officer subject to review by the Chief of Police, if applicable.

(b)    Procedures of a hearing board designated pursuant to this order shall parallel the hearing procedures outlined in General Order 1202.1, but may be revised or modified in any respect by the Patrol Services Officer when practicable or expedient. Such procedure shall be identified in a separate memorandum promulgated by the Patrol Services Officer.

(c)    After reviewing the report and recommendation of a commanding officer or a designated hearing board, the Patrol Services Officer shall issue a Final Notice of Adverse Action, affirming, modifying, or setting aside the action originally proposed in the Notice of Proposed Action.

(d)    Except for a decision of termination, the Final Notice of Adverse Action issued by the Patrol Services Officer shall be final with no further appeal permitted.

(e)    When the Patrol Services Officer has issued a decision to terminate a Reserve Corps member, the member may request a review of the decision from the Chief of Police. The Chief of Police, in his/her discretion, may decline to review the matter, may remand the matter for further investigation and decision, or may affirm, modify, or set aside the decision.

f.    Reserve Corps members may be suspended from duty for reasons which would justify such action in the case of a regular member of the force by a Reserve official or regular official of the next higher rank. A full report shall be prepared by the official effecting the suspension or citing the infraction and shall be forwarded to the Reserve Corps Commander through the appropriate District Commander and the Patrol Services Officer. The District Reserve Captain shall be notified of such suspension.

| Publication | General Order   No. 101.3 | Effective Date<br>**March 1, 1995** | Change Number<br>**2** | Page Number<br>**23 of 30** |
|---|---|---|---|---|

g.      Investigation of violations of general orders or acceptable police conduct shall be made by regular members of the force or Reserve officials. Investigation of infractions within Reserve Corps programs shall be made by Reserve Corps officials.  The final decision in matters involving infractions within Reserve Corps programs may be delegated to the Reserve Corps Commander.

12.   Disability Compensation.

a.      The D.C. Comprehensive Merit Personnel Act of 1978, Title 23, authorizes compensation for disability or death to employees resulting from personal injuries or illness sustained while in the performance of duty. Volunteers (i.e., members of the MPD Reserve Corps) rendering service to District agencies are eligible to receive death benefits and disability compensation as provided under the Merit Personnel Act by virtue of D.C. Code § 1-633.

b.      Members of the Reserve Corps shall seek immediate medical attention if they are injured while on duty and promptly report same to their supervisor.

c.      It shall be the duty of every member of the Reserve Corps to report, in writing within 24 hours, to his/her commanding officer any injury to his/her person while in the performance of duty.  Such report shall be in detail and give the names and addresses of all witnesses.  When a member of the Corps is injured to such an extent that he/she is physically unable to make such a report, the report should be made by his/her immediate superior officer.  PD Form 42 shall be used for this purpose, with the words "Reserve Corps Member" written clearly across the top margin.

d.      Members of the Reserve Corps shall adhere to the following procedures when filing a Disability Compensation claim with the Department of Employment Services:

(1)      Report the injury to the Compensation "Hotline" (202) 576-7088.  If the Reserve member is unable to call, he/she should have a supervisory official or other responsible person call for them.  A receptionist will enter into a computer all information on the member's case and assign a claim number.  The member should have available the following information:

(a)      Claimant's name, social security number, address, home telephone number, date of birth, occupation (describe MPD Reserve Corps duty);

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **24 of 30** |

(b)   Date and time of injury;

(c)   Name of employing agency (MPD volunteer), including department and division;

(d)   Supervisor's name, work address and telephone number; and

(e)   Description of the bodily injury; and location where injury occurred.

(2)   A Reserve member will be sent three (3) claim forms:

Form 1 -   Injury or Occupational Illness Report
Form 2 -   Supervisor's Report
Form 3 -   Initial Medical Report (for treatment received, if any)

(3)   These forms should be completed and mailed within 15 calendar days along with copies (one each) of reports from physicians, hospital, or emergency room to:

Department of Employment Services
Division of Disability and Crime
Compensation
1200 Upshur Street, N.W., 2nd Floor
Washington, D.C.  20011

## PART III

### A.   Patrol Services Officer

1.   The Patrol Services Officer shall exercise full command and direction for the Metropolitan Police Department Reserve Corps, coordinating the operations of the Reserve Corps with all elements and operations of the regular force.  The Patrol Service Officer may delegate to a member of his/her command responsibility of day-to-day coordination with the Reserve Corps Commander.

2.   The Patrol Services Officer shall recommend to the Chief of Police the appointment of a Reserve Corps member of suitable rank to be designated as the commanding officer of the Reserve Corps.

3.   The Patrol Services Officer may recommend to the Chief of Police the designation of one or two Reserve Corps members of suitable rank to serve as a deputy or a branch director within the Reserve Corps Division.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **25 of 30** |

4.     The Patrol Services Officer is authorized to review and approve the issuance of directives promulgated by the Reserve Corps Division for implementation of projects or programs within the scope of this General Order.

5.     The Patrol Services Officer may require periodic reports to be submitted by the Reserve Corps Commander on any matter for information or evaluation purposes.

6.     Whenever any authority or responsibility imposed by any directive of the department upon the Reserve Corps Commander or a Reserve Official should by law require performance by a regular member or employee of the department, that authority or responsibility shall be exercised by the Patrol Services Officer or a designee.

### B.     Reserve Corps Commander.

1.     The Commander of the Reserve Corps Division is hereby desig-nated as the coordinator of Reserve Corps volunteer services for the Metropolitan Police Department pursuant to the Volunteer Services Guidelines issued by the D.C. Office of Personnel.

2.     The Reserve Corps Commander shall direct and administer the Reserve Corps program of the Metropolitan Police Department, subject to compliance with the official written directives of the department and any instructions or directives of the Patrol Services Officer.

3.     The Reserve Corps Commander is authorized to initiate, in cooperation with the District Commanders and with approval of the Patrol Services Officer, written directives implementing specific programs or procedures within the scope of this General Order.  One copy of each directive shall be filed with the Planning and Research Division.

4.     The Reserve Corps Commander is charged with the responsibility for the day-to-day administration of the Reserve Corps and shall ensure, through liaison with the Patrol Services Officer or a designee, that the Reserve Corps program operates with maximum efficiency.

5.     The responsibilities of the Reserve Corps Commander shall also include, but not be limited to:

a.     Initiating a recruiting program.

b.     Processing applications.

c.     Arranging for physical examinations.

| lcation | General Order  No. 101.3 | Effective Date<br>March 1, 1995 | Change Number<br>2 | Page Number<br>26 of 30 |
|---|---|---|---|---|

d.   Providing initial indoctrination training to Reserve Corps recruits and providing continuing in-service training to Reserve Corps members.

e.   Arranging for and scheduling with the Director, Training Division, appropriate training for Technical Reserve Officers and Line Reserve Officers.

f.   Maintaining personnel and equipment records of all members of the Corps to include original application, oath of office, promotions, badge and I.D. Card numbers, photographs, and all correspondence on such members.

g.   Checking and updating the driving records of all Reserve Corps members.

h.   Maintaining specialized training or qualification records and obtaining official certification of specialty qualifications and skill levels of all Reserve Corps members.

6.   The Reserve Corps Commander shall, at the end of each year, prepare an annual report on the operations of the Reserve Corps. The report shall be forwarded to the Chief of Police, through the Patrol Services Officer, in sufficient copies to distribute to the command staff of the department.

C.   **District/Division Commanders.**

1.   District commanders or appropriate unit commanders, in consultation with their Reserve Captain and the Reserve Corps Commander, may develop specific programs, pursuant to this order, for the utilization of Reserve Corps members in their districts. They shall take into account the needs of their district, the availability of vehicles, and the qualifications of their Reserve Corps members. A copy of the program shall be submitted to the Patrol Services Officer through the Reserve Corps Commander and a copy shall be filed with the Planning and Research Division.

2.   The District Commanders shall, in cooperation with the Reserve Corps Captain assigned to each District, maintain a personnel record folder for each Reserve officer in his/her command. All data pertinent to the officer's service shall be entered in this folder. Upon termination of the officer's service or transfer to another unit, such folder shall be forwarded to the offices of the Reserve Corps Commander.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **27 of 30** |

3.     The District Commanders are hereby delegated authority and made responsible for the operation of the Reserve Corps within their respective districts and are encouraged to assist in the recruitment of prospective Reserve Corps members.

4.     Each District Commander shall designate the commanding officer or his/her designee for his/her district (or an official of similar rank and responsibility) to assist the commanding officer of the Reserve Corps and to act as liaison between the District Commander and the Reserve Captain in their respective districts.  This officer shall perform all duties related to coordination with the Reserve Corps in addition to any other duties assigned by the District Commander.

5.     The District Commanders shall review all reports of their subordinates in regard to suspensions and infractions of Reserve Corps members and shall, when necessary, render an appropriate disposition, forwarding one copy of all reports through the Patrol Services Officer to the Reserve Corps Commander.

**D.     <u>District Commanding Officers and District Reserve Captains.</u>**

1.     Each District commanding officer or his/her designee (or a designated official of similar rank and responsibility) shall serve as the liaison with the Reserve Corps Commander and with the Reserve Corps Captain assigned to that district.

2.     The District commanding officer or his/her designee, in coordination with the District Reserve Captain, shall be responsible for the efficient operation of the Reserve Corps unit within the district and shall ensure that administrative and logistical support needed by members of the Reserve Corps is provided.

3.     Each District commanding officer or his/her designee shall be the liaison between the department and the Reserve Corps for purposes of disseminating the latest information, police techniques, memoranda, orders, changes in law, and other information pertinent to the role of the Reserve Corps.

4.     The District commanding officer or his/her designee, working closely with the District Reserve Captain, shall:

a.     Conduct regular meetings with Reserve Corps officials to ensure a planned use of Reserves on a continual basis within the district.

b.     Ensure the timely preparation and transmittal of any required Reserve Corps reports.

| Publication | | Effective Date | Change Number | Page Number |
|---|---|---|---|---|
| **General Order   No. 101.3** | | **March 1, 1995** | **2** | **28 of 30** |

      c.    Be responsible for the collection of department-issued equipment upon the death, dismissal, suspension or inability of a Reserve member to perform regular duties, as set forth in this General Order.

      d.    Maintain proper Reserve Corps records and files.

    5.    The District Reserve Captain shall:

      a.    Command the unit or units of the Reserve Corps organized within their respective districts and be responsible for the deployment and conduct of members of the Reserve Corps in accordance with departmental policy and procedure.

      b.    Work closely with the District commanding officer or his/her designee to ensure a planned use of Reserves on a continual basis within the district.

      c.    Conduct a monthly meeting of the Reserve Corps members in their district for the purpose of communicating information about Reserve operations and providing in-service training.

      d.    Forward, on or before the 5th of each month, a report to the Commander, Reserve Corps Division, through their respective District/Division Commanders, outlining the activities of their unit for the preceding month, including names of personnel, hours worked, dates worked, duty assignments and other items of interest.

**E.**    <u>Reserve Corps Sergeants/Lieutenants.</u>    •

    1.    Reserve Corps Sergeants shall be designated to supervise squads within the district/division to which they are assigned and shall perform administrative duties associated with the Reserve Corps. Their duties may include field supervision of Reserve Corps members on specified assignments and such other duties as may be assigned. In certain assignments as determined by the Reserve Corps Commander, Reserve Corps Sergeants may be utilized for nonsupervisory duties.

    2.    Reserve Corps Lieutenants shall be designated to supervise companies within the district/division to which they are assigned and shall perform administrative duties associated with the Reserve Corps. Their duties may include field supervision of Reserve Corps members on specified assignments and such other duties as may be assigned.

| Publication | Effective Date | Change Number | Page Number |
|---|---|---|---|
| **General Order   No. 101.3** | **March 1, 1995** | **2** | **29 of 30** |

### F.   Regular/Reserve Officials.

1.   Officials of the regular force, as appropriate, will investigate and submit written reports concerning Reserve members to the District Commander under the following circumstances:

    a.   Injuries incurred by members of the Reserve Corps while on active duty.

    b.   Damage to District of Columbia property under the control of a member of the Reserve Corps.

    c.   Complaints made against a member of the Reserve Corps.

    d.   Commendable performance of police duty by a member of the Reserve Corps.

    e.   Any other incident coming to the attention of an official of the regular force which warrants an investigation.

2.   When feasible, officials of the Reserve Corps will assist their counterpart on the regular force in conducting any investigation pertaining to a member of the Reserve Corps.

3.   Reserve officials who have received the prescribed training will receive reports prepared by Reserve Officers and review them for accuracy and completeness.  They shall sign the reports and forward them to a sworn official for final approval and signature prior to check-off.

### G.   Director, Personnel and Training Division.

The Director, Personnel and Training Division, shall:

    a.   Ensure that appropriate training is made available to Reserve Corps recruits and other members of the Reserve Corps as required.

    b.   Provide training for Reserve Corps members as certified instructors for initial indoctrination courses for Reserve recruits and to provide in-service training for all Reserve Corps members.

    c.   Review and approve all training modules used by Reserve Corps instructors.

| Publication | | Effective Date | Change Number | Page Number |
|---|---|---|---|---|
| General Order   No. 101.3 | | March 1, 1995 | 2 | 30 of 30 |

**H.    Director, Property Division.**

The Director, Property Division, shall furnish to members of the Reserve Corps such articles of uniform and equipment as may be authorized from time to time and shall maintain a record of same.

**I.    Director, Planning and Research Division.**

The Director, Planning and Research Division, shall:

a.    Assist the Reserve Corps Division in the drafting of directives to be issued pursuant to the Reserve program.

b.    Evaluate the effectiveness of specific Reserve Corps initiatives or programs as may be requested by the Patrol Services Officer or the Chief of Police.

This General Order rescinds and supersedes General Order 101.3 (Organization, Rules, and Regulations of the Metropolitan Police Department Reserve Corps) dated December 1, 1971.

Fred Thomas
**Chief of Police**

FT:AFA:afa