UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>**Plaintiffs**<br><br>v.<br><br>**CHARLES RAMSEY**<br><br>**Defendant** | **Case Number:**<br>**1:06CV01223HHK** |

**TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65 (b), the Plaintiffs have moved for a Temporary Restraining Order.  The Plaintiffs seeks an Order restraining the Defendant, his officers, members, agents, servants, employees, attorneys and those acting in active concert or participation with them from certain conduct and activities.

Upon consideration of Plaintiffs' Complaint, Affidavits, Exhibits, the examination of witnesses and argument of counsel, if any, the Court finds that the Defendant and his counsel were given notice of the Plaintiffs' intention to move herein for a Temporary Restraining Order and Preliminary Injunction.

The Court further finds that the Plaintiffs' motion is well taken and that it clearly appears that (1) there is a substantial likelihood the Plaintiffs will prevail on the merits of their Complaint; (2) the Plaintiffs will suffer immediate and irreparable injury unless a Temporary Restraining Order issues; (3) an injunction will not substantially injure the Defendant; (4) and that the public's interest is best served by the granting of the Temporary Restraining Order.

Therefore, the Plaintiffs are entitled to such an injunction against the Defendant as hereinafter set forth:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that as of today's date, and until such time as hearing is held upon the Plaintiffs' Motion for a Preliminary Injunction, the Defendant, his officers, agents, members and employees and those in active concert and participation with said Defendant and all other persons to whom knowledge of this order shall come, be and hereby are enjoined and restrained from:

1. Enforcing or acting upon MPD General Order 101.3 (2006) (Pl.s' Ex. A). Such General Order shall be removed from the records of the Metropolitan Police Department and MPD General Order 101.3 (1995) (Pl.s' Ex. B) shall be reinstated as the General Order regulating MPD Reserve Officers insofar as such General Order is in compliance with D.C. Code § 5-129.51.

2. Enforcing or acting upon the emergency rulemaking identified within 53 D.C.R. 4581.

3. Enacting or adopting the proposed rulemaking identified within 53 D.C.R. 4581.

4. Enacting or adopting any rule defining the scope of Reserve Corps members' authority and discretion in carrying out their duties and responsibilities, including any limitations on or restrictions to their

authority and discretion, absent express authority from the D.C. City Council.

FURTHER ORDERED:

The Defendant shall immediately cause this Order to be published upon the MPD teletype and within the MPD "Dispatch" newspaper.

SO ORDERED,

Date _____        _____
                                                            Judge Henry K. Kennedy

Matthew August LeFande
Attorney at Law PLLC
1001 Sixteenth Street NW
Washington DC 20036-5701

Terrence Ryan
General Counsel
Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001