UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>                      **Plaintiffs**<br><br>v.<br><br>**CHARLES RAMSEY**<br><br>                      **Defendant** | **Case Number:**<br>**1:06CV01223HHK** |

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65 (b), the Plaintiffs hereby move this Court to enter a Temporary Restraining Order immediately restraining the Defendant, his officers, agents, servants, employees and/or attorneys from:

1. Enforcing any part of MPD General Order 101.3 dated March 28, 2006 or MPD's emergency rulemaking enumerated in 53 D.C.R. 4581 which attempts to "define the scope of Reserve Corps members' authority and discretion in carrying out their duties and responsibilities, including any limitations on or restrictions to their authority and discretion" in violation of the District of Columbia Administrative Procedures Act and D.C. Code § 5-129.51, and any part of the General Order or emergency rulemaking enumerated in 53 D.C.R. 4581 which improperly deprives the Plaintiffs of rights otherwise afforded under applicable law.

2. Adopting any part of the proposed rules enumerated in 53 D.C.R. 4581 which attempts to "define the scope of Reserve Corps members' authority and discretion in carrying out their duties and responsibilities, including any limitations on or restrictions to their authority and discretion" in violation of the District of Columbia

Administrative Procedures Act and D.C. Code § 5-129.51, and any part of the proposed rules which improperly deprives the Plaintiffs of rights otherwise afforded under applicable law.

      The Plaintiffs have further moved for a Preliminary Injunction as provided under FRCP Rule 65(a). This Motion is supported by the Complaint, the supporting exhibits and the attached Memorandum of Law and Authority in Support.

Respectfully Submitted,

_____
Matthew August LeFande
DC Bar #475995
1001 Sixteenth Street NW
Washington DC 20036-5701
Tel: (202)737-5350
Fax: (202)318-8019
email: matt@lefande.com
Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this tenth day of July, 2006, a copy of the above corrected Motion for a Temporary Restraining Order was mailed via United States Postal Service First Class Mail, postage prepaid to the Defendant's Counsel below.  Additional copies were faxed to (202) 727-3308 and emailed to terry.ryan@dc.gov:

Terrance Ryan, Esquire
General Counsel
Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

                                                      _____
                                                      Matthew August LeFande