UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHARLES RAMSEY,<br><br>　　　　　　　Defendant. | Civil Action 06-01223 (HHK) |

ORDER

　　Before the court is a motion for a temporary restraining order (Dkt. #2) filed by plaintiffs. Based on the applicable law and the plaintiffs' filings, the court concludes that the motion should be denied.

　　A temporary restraining order is an extraordinary and drastic remedy, one the court should not grant unless the movant, by a clear showing, carries the burden of persuasion. *Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997) (citations omitted). To be entitled to a temporary restraining order, plaintiffs must show (1) a substantial likelihood of success on the merits, (2) that they would suffer irreparable injury if the order was not granted, (3) that a restraining order would not substantially injure other interested parties, and (4) that the public interest would be served by granting plaintiffs' motion. *Mova Pharm. Corp. v. Shalala*, 140 F.3d 1060, 1066 (D.C. Cir. 1998); *Nat'l Head Start Ass'n v. Dep't of HHS*, 297 F. Supp. 2d 242, 247 (D.D.C. 2004). Although these factors must be balanced against each other, it is especially important for a plaintiff to demonstrate a likelihood of success on the merits. *Nat'l Head Start Ass'n*, 297 F. Supp. 2d at 247.

Plaintiffs' motion fails to meet the standard necessary for the issuance of a temporary restraining order. Specifically, plaintiffs have not demonstrated that they would suffer an irreparable injury if the order was not granted or that the public interest would be served by ordering this extraordinary form of relief. Were plaintiffs to prevail, the court would be able to provide them an adequate remedy after the normal course of this lawsuit.

Accordingly, it is this 13th day of July, 2006, hereby

**ORDERED** that plaintiffs' motion for a temporary restraining order is **DENIED**.

                                                Henry H. Kennedy, Jr.
                                                United States District Judge