## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>                          **Plaintiffs**<br><br>v.<br><br>**CHARLES RAMSEY**<br><br>                          **Defendant** | **Case Number:**<br>**1:06CV01223HHK** |

### RETURN OF SERVICE BY REGISTERED MAIL

In accordance with F.R.C.P. 4(l), I hereby make this return of service to the Court. I inform the Court and attest under oath that a summons, a copy of the Complaint and the Court's initial Order(s) were mailed by me via United States Postal Service Certified Mail Return Receipt Requested to the Defendant in the case as captioned above.

As permitted by F.R.C.P. 4(e)(1), service has been made by certified mail pursuant to District of Columbia SCR-Civil 4 (c)(3). The summons, a copy of the Complaint and the Court's initial Order(s) were mailed via United States Postal Service Certified Mail Return Receipt Requested to the Defendant's known home address of 702 7th Street SW, Washington DC 20024 and this return is accompanied by a copy of the Postal Service Form 3811 Domestic Return Receipt for certified mail article number 7004 2890 0004 6071 8792.

An additional copy was mailed also via Certified Mail to Terrance Ryan, the General Counsel of the Metropolitan Police Department, 300 Indiana Avenue, Room 4129, Washington DC 20001. A copy of Postal Service Form 3811 Domestic Return

2

Receipt for that letter, certified mail article number 7005 1820 0004 0096 3919, is also attached.

I swear and affirm that the information contained within this affidavit is accurate to the best of my knowledge.

Respectfully Submitted,

_____
Matthew August LeFande
DC Bar #475995
1001 Sixteenth Street NW
Washington DC 20036-5701
Tel: (202)737-5350
Fax: (202)318-8019
email: matt@lefande.com
Attorney for the Plaintiffs

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2006, a copy of the above Return of Service was mailed via United States Postal Service First Class Mail, postage prepaid to the Defendant's Counsel below.

Terrance Ryan, Esquire
General Counsel
Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

_____
Matthew August LeFande

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CHARLES H. RAMSEY
   702 7TH ST SW
   WASHINGTON DC
   20024-2430

2. Article Number (Transfer from service label): 7004 2890 0004 6071 8792

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signed] Ramsey — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 7/15/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

[Stamp: JUL 15 2006, SOUTHWEST STATION, WASHINGTON DC]

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TERRENCE RYAN
   METROPOLITAN POLICE DEPT.
   300 INDIANA AVE NW
   ROOM 4129
   WASHINGTON DC 20001

2. Article Number (Transfer from service label): 7005 1820 0004 0096 3919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signed] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [signed]
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540