UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM,<br>    Plaintiffs,<br><br>v.<br><br>CHARLES RAMSEY,<br>    Defendant. | Civil No. 01 – 01223 – HHK |

**ENTRY OF APPEARANCE**

The Clerk of the U.S. District Court for the District of Columbia will please enter the appearance of the undersigned Assistant Attorney General Jack M. Simmons, III, as counsel for Defendant Police Chief Charles Ramsey in the above-captioned civil action. Defendant does not waive any challenges to service of process by the filing of this notice.

Dated: July 21, 2006

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        _____
                        KIMBERLY MATTHEWS JOHNSON
                        Chief, Section 1
                        DC Bar No. 435163

_____
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC 20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant