UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, <br>     Plaintiffs, <br><br> v. <br><br> CHARLES RAMSEY, <br>     Defendant. | Civil No. 01 – 01223 – HHK |

**CONSENT MOTION OF DEFENDANT
FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendant Charles Ramsey, Chief of the Metropolitan Police Department, moves for an extension of time to respond to Plaintiffs' motion for preliminary injunction until August 4, 2006, the date on which Defendant's response to the Complaint is due to be filed and ten days before the date scheduled by the Court for a hearing on the motion. (Defendant makes this motion without waiving any challenges based on service of the preliminary injunction motion.)

The ground for this motion is that Defendant will be filing a dispositive motion on August 4, 2006. The dispositive motion and the response to the motion for a preliminary injunction are certain to contain many of the same arguments. Submitting both documents simultaneously will save the time and resources of both the Court and the parties.

Plaintiffs consent to the relief sought in this motion.

Dated: July 25, 2006                                  Respectfully submitted,

                                                                  ROBERT J. SPAGNOLETTI
                                                                  Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


___/s/_____
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


___/s/_____
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW
Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant