UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, <br>     Plaintiffs, <br><br> v. <br><br> CHARLES RAMSEY, <br>     Defendant. | ) <br> ) <br> )    Civil No. 01 – 01223 – HHK <br> ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF DEFENDANT
FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1. The Rules and inherent powers of this Court.

2. Defendant will be filing a dispositive motion on August 4, 2006. The dispositive motion and the response to the motion for a preliminary injunction are certain to contain many of the same arguments.

3. Submitting both the dispositive motion and the response to the motion for preliminary injunction will save the time and resources of both the Court and the parties.

4. By filing on August 4, the Court and the Plaintiffs will have ten days to review the response to the motion prior to the hearing set for August 14, 2006.

5. The consent of the Plaintiffs.

Dated: July 25, 2006

                                             Respectfully submitted,

                                             ROBERT J. SPAGNOLETTI
                                             Attorney General for the District of Columbia

- 2 -

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        \_\_\_/s/_____
        KIMBERLY MATTHEWS JOHNSON
        Chief, Section 1
        DC Bar No. 435163


        \_\_\_/s/_____
        JACK M. SIMMONS, III
        Assistant Attorney General
        DC Bar No. 925420
        441 Fourth St., NW, Sixth Floor South
        Washington, DC  20001-2714
        (202) 724-6653
        (202) 727-0431   (fax)
        jack.simmons@dc.gov
        Attorney for Defendant