UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CHRISTOPHER GRIFFITH and            )
DANIEL KIM,                         )
         Plaintiffs,                )     Civil No. 01 – 01223 – HHK
                                    )
    v.                              )
                                    )
CHARLES RAMSEY,                     )
         Defendant.                 )
_____ )

## ORDER

Upon consideration of the Consent Motion of Defendant for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction, and the entire record herein, it is, this _____ day of _____, 2006, hereby –

ORDERED: That the motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED:  That Defendant shall file its response to the motion on or before August 4, 2006.

_____
United States District Judge

cc:

Matthew LeFande, Esq.
1001 Sixteenth St., NW
Washington, DC  20036-5701

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714