UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 01 – 01223 – HHK |
| v. | ) ) | |
| CHARLES RAMSEY, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION TO RESCHEDULE THE
HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendant moves the Court to re-schedule the preliminary injunction hearing presently set for August 14, 2006, at 10:00 a.m.

The ground for the motion is that counsel for Defendant is out of town that weekend and his return flight, which goes via Boston to Baltimore, will not leave Boston until after 9:30 am on Monday morning, August 14. Defendant notes that its counsel is available for the preliminary injunction at any time that afternoon or any other day that week. Defendant further notes that schedule of counsel for Plaintiffs is such that an afternoon hearing any day the week of August 14, 2006, is preferable. Defendant understands that the Court may have time on Tuesday August 15 (10:00 am), Wednesday August 16 (10:00 am), or Thursday August 17 (11:00 am).

Defendant is authorized to state that Plaintiffs consent to this motion.

Dated: July 31, 2006          Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


___/s/_____
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


___/s/_____
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW
Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM,<br>    Plaintiffs,<br><br>v.<br><br>CHARLES RAMSEY,<br>    Defendant. | )<br>)<br>)<br>)   Civil No. 01 – 01223 – HHK<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO RESCHEDULE THE
HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

    1.    The Rules and inherent powers of the Court.

    2.    Counsel for Defendant is out of town that weekend and his return flight, which goes via Boston to Baltimore, does not leave Boston until after 9:30 am on Monday morning, August 14, so that he will not be able to be in Court by 10:00 am on August 14.

    3.    Defendant's counsel is available for the preliminary injunction hearing at any time that afternoon or any other day that week.

    3.    The schedule of counsel for Plaintiffs is such that an afternoon hearing any day the week of August 14, 2006, is preferable.

    4.    Defendant understands that the Court may have time on Tuesday August 15 (10:00 am), Wednesday August 16 (10:00 am), or Thursday August 17 (11:00 am).

    5.    The consent of the Plaintiff.

Dated: July 31, 2006                        Respectfully submitted,

                                                      ROBERT J. SPAGNOLETTI
                                                      Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division



\_\_\_/s/_____
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163



\_\_\_/s/_____
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW
Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

2