UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 01 – 01223 – HHK |
| v. | ) ) | |
| CHARLES RAMSEY, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Consent Motion of Defendant to reschedule the hearing on Plaintiffs' Motion for a Preliminary Injunction, and the entire record herein, it is, this _____ day of _____, 2006, hereby –

ORDERED: That the motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED: That the Preliminary Injunction hearing shall take place on the following date and time: _____.

_____
United States District Judge

cc:

Matthew LeFande, Esq.
1001 Sixteenth St., NW
Washington, DC 20036-5701

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC 20001-2714