UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM,<br>　　　　Plaintiffs,<br><br>v.<br><br>CHARLES RAMSEY,<br>　　　　Defendant. | )<br>)<br>)　Civil No. 01 – 01223 – HHK<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Attached for filing is Mayor's Order No. 2006-57 (May 19, 2006). That Mayor's Order – delegating the Mayor's rulemaking authority under the D.C. Metropolitan Police Department Reserve Corps Establishment Act of 2004 – was identified as an attachment to the Defendant's Motion to Dismiss but was inadvertently omitted from that filing.

Dated: August 4, 2006

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Civil Litigation Division


　　　　　　　　　　　　　　　　/s/ K MJ/R v/ j m s
　　　　　　　　　　　　　　　　KIMBERLY MATTHEWS JOHNSON
　　　　　　　　　　　　　　　　Chief, Section 1
　　　　　　　　　　　　　　　　DC Bar No. 435163

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and <br> DANIEL KIM, <br>     Plaintiffs, <br><br> v. <br><br> CHARLES RAMSEY, <br>     Defendant. | ) <br> ) <br> ) <br> )    Civil No. 01 – 01223 – HHK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

Attached for filing is Mayor's Order No. 2006-57 (May 19, 2006). That Mayor's Order – delegating the Mayor's rulemaking authority under the D.C. Metropolitan Police Department Reserve Corps Establishment Act of 2004 – was identified as an attachment to the Defendant's Motion to Dismiss but was inadvertently omitted from that filing.

Dated: August 4, 2006

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division

                                            /s/ KMJ/RV/jms
                                            KIMBERLY MATTHEWS JOHNSON
                                            Chief, Section 1
                                            DC Bar No. 435163

DISTRICT OF COLUMBIA REGISTER

JUN 3 0 2006

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

### ADMINISTRATIVE ISSUANCE SYSTEM

Mayor's Order 2006-57
May 19, 2006

**SUBJECT:** Delegation of Mayor's Rulemaking Authority Pursuant to the Metropolitan Police Department Reserve Corps Establishment Act of 2004 and the Volunteer Services Act of 1977 to the Chief, Metropolitan Police Department

**ORIGINATING AGENCY:** Office of the Mayor

By virtue of the authority vested in me as Mayor of the District of Columbia pursuant to § 422(6) of the District of Columbia Home Rule Act, as amended, 87 Stat. 790, Pub. L. No. 93-198, D.C. Official Code § 1-204.22(6) (2001), and pursuant to section 1002(d) of the Metropolitan Police Department Reserve Corps Establishment Act of 2004, effective September 30, 2004, D.C. Law 15-194, D.C. Official Code § 5-129.51(d) (2005 Supp.), and section 3 of the Volunteer Services Act of 1977, effective June 28, 1977, D.C. Law 2-12, D.C. Official Code §1-319.02 (2001), it is hereby **ORDERED** that:

1. The Chief, Metropolitan Police Department, is delegated the Mayor's authority to issue rules necessary to implement the provisions of the Metropolitan Police Department Reserve Corps Establishment Act of 2004, effective September 30, 2004, D.C. Law 15-194, D.C. Official Code § 5-129.51(d) (2005 Supp.).

2. The Chief, Metropolitan Police Department, is delegated the Mayor's authority to promulgate regulations under the Volunteer Services Act of 1977, effective June 28, 1977, D.C. Law 2-12, D.C. Official Code §1-319.02 (2001) for volunteers in the Reserve Corps.

3. This Order supersedes Mayor's Order 77-168, dated October 7, 1977 only with respect to volunteers in the Reserve Corps.

4. **EFFECTIVE DATE:** This Order shall become effective immediately.

_____
ANTHONY A. WILLIAMS
MAYOR

ATTEST: _____
PATRICIA ELWOOD
INTERIM SECRETARY OF THE DISTRICT OF COLUMBIA

J-3147—75