UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, )<br>Plaintiffs, )<br>v. )<br>CHARLES RAMSEY, )<br>Defendant. ) | Civil No. 01 – 01223 – HHK |

**NOTICE OF FILING**

Attached for filing is a copy of the Memorandum Opinion and Judgment of the District of Columbia Court of Appeals in <u>Johnson v. Williams</u>, DCCA No. 04-CV-441, identified as an attachment to the Defendant's Motion to Dismiss but inadvertently omitted from that filing.

Dated: August 7, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


___/s/__ Kimberly M. Johnson_____
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163

                    ___/s/__Jack M. Simmons, III_____
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW
Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant