# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

James W. Johnson, Jr.
4644 "A" Street, SE
Washington, D.C. 20019

    Plaintiff

V

Anthoney A. Williams
Mayor of the District
Of Columbia Government
1350 Pennsylvania ave. NW
Washington, DC 20001

    Defendant

and

District of Columbia Government
1350 Penn. Avenue, NW
Washington, 20004

    Defendant

and
Charles Ramsey
Chief of Police for the
Metropolitan Police Department
District of Columbia
Government
300 Indiana avenue, NW
Washington, DC 20001

    Defendant

and
Metropolitan Police Department
300 Indiana avenue, NW
Washington, DC 20001

    Defendants, et al

Civil Action No. 03-0004032

RECEIVED
Civil Clerk's Office

MAY 16 2003

Superior Court of the
District of Columbia
Washington, D.C.

## Complaint

-1-

The Plaintiff James W. Johnson Jr Now comes forth before this honorable court to file this formal complaint and to seek relief and restitution from these defendants Mayor Anthony Williams, District of Columbia government, Chief Charles Ramsey and the Metropolitan Police Department et, al listed all above and attached to this complaint and according to their acts, whole and in part.

These defendants has caused harm to this plaintiff in whole and in part and failing to provide fair, equal, impartial and equitable treatment. These defendants whole, all, and in part has violated the civil rights and procedural and "Due Process" rights guaranteed under the United States Constitution, and the District of Columbia and its rules, statutes, laws.

They have conspired whole, together, and in part to violate my rights under law and access to the EEOC and any other rights of notice to due process  All violations of articles 4,5,14 and others of the Constitution of these United States.—failed to follow past practice and procedural rights. This action or parts hereof are actionable under 42 U.S.C.

The defendants knew full well that their acts where injurious. Defendants further knew that it is impossible to work in or work for any agency that does not have a fair, equitable, and equal system in force and in progress.

## Count 1

1. That at all times relevant to this matter plaintiff Johnson was a sworn reserve police officer at the rank of patrolman first class employeed by the District of Columbia government and the Metropolitan Police Department (MPD) and a citizen and resident of the District of Columbia.
2. Plaintiff is also a citizen of these United States of America.
3. Defendant Anthony Williams was the Mayor of the District of Columbia and therefore the overseeing official of the D.C. government and for all its agencies and employees At all time times of relevance to this action.
4. Defendant Mayor Williams is charged with enforcing the laws equitably, equally and fairly in the District of Columbia which is also a public municipality.
5. Defendant Metropolitan Police Department is an agency of the District of Columbia, and is charged with enforcing the laws of the District of Columbia, a public municipality.
6. Defendant Charles Ramsey is the appointed Chief of Police for MPD and is charged with the responsibility of the overall supervision and operation of the MPD for the DC government.
7. Jurisdiction is proper in this honorable Court, as all matters and controversies which are the subject of this lawsuit occurring in the District of Columbia.
8. Plaintiff incorporates all the allegations contained in paragraphs above.

## Count 2

9. Plaintiff incorporates all paragraphs above and paragraphs 1 thru 8.

-3-

10. Plaintiff Johnson was appointed as a sworn reserve Police Officer for the MPD in the District of Columbia with duties to uphold the laws for DC.
11 Plaintiff was suspended from reserve police duties in association with An action taken by him and his partner during the month of January 2000.
12. Plaintiff was suspended from approximately March 2000 until dismissal 2 years later on May 17,2002.
13. The suspension of the Plaintiff has never been substantiated or proven of any wrong doing.
14. Plaintiff was never notified properly according to MPD General Orders or MPD procedures of any of MPD's intentions or reasons of his suspension or final disposition.
15 Plaintiff was never notified definitively of any proposed actions or given an opportunity to defend or refute any of MPDs actions.
16. On or about May 17, 2002 Plaintiff was terminated and dismissed without cause or without access to his personnel file or without procedures on "due process" according to his rights under law or statutes, and rules well defined under the MPD standards for discipline or dismissal under its General Orders.
17 Plaintiff Johnson was denied an opportunity for a due process hearing as a direct result of defendants conspiratory, malicious, arbitrary, and capricious acts to injury and terminate the plaintiff

Count 3

18. Defendants ,et, al acted conspiracy, and unilaterally, without due process required by the General Orders of the MPD to discipline its officers contrary to the their duties and responsibilities as the Mayor of D.C. or as the Chief of Police..
19. Plaintiff has been severely injured and damaged by placing erroneous and improper information on his employment history making it extremely difficult if not impossible to secure or employment in his chosen and qualified field of law enforncement.

Count 4

20. Plaintiff incorporates all paragraphs above 1-18.
21.Plaintiff made a request under the freedom of information act for information from the DC government & MPD for documents.
22. Defendants provided some documents but faied to provide all relevant documents.

Plaintiff demands

23 that the defendants clear his name by clearing all illegal actions defendants took in their actions to dismiss plaintiff and all inaccurate and erroneously kept records concerning plaintiff.
24 That the plaintiff be given his employment back as a reserve police officer with all the rights and privileges thereto.
25. That the Plaintiff be given all awards, citations and updated promotions and assignments he would have normally accuured if not for his wrongful dismissal.

-5-

...compensation be paid for the defendants malicious and intenteion, or neglectful acts or missions toward this plaintiff.

Wherefore, James W. Johnson Jr., respectfully request an award of damages in an amount to be determined by a jury, and request for punitive damages as to also be determined by a jury.

Respectfully submitted,

*[signature]*

James W. Johnson Jr.
4644 "A" st. se
Washington, DC 20019

Plaintiff

Plaintiff hereby demands a trail by jury

*[signature]*

James W. Johnson Jr.

May 16, 2003

## AFFIDAVIT

rtify that I have read the foregoing document and that to the be
wledge, information, and belief formed after reasonable inquiry
rounded in fact and is warranted by existing law or a good
for the extension, modification, or reversal of existi
s not interposed for any improper purpose, such as
ecessary delay or a needless increase in the cost of litig
plead therein are herein incorporated



t/Plaintiff/Defendant/etc.]

7/3/03

-9-