IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JAMES W. JOHNSON, Jr.,

    Plaintiff,

v.

    Civil Action #03-4032
    Calendar 14, Judge Clark
    Initial Conference: August 15, 2003

DISTRICT OF COLUMBIA et al.,

    Defendants.

## DEFENDANTS' ANSWER TO THE COMPLAINT

Defendants, by and through counsel, hereby answer the Complaint of plaintiff, and respectfully state as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The defendants respond to the allegations of the Complaint with particularity and in numbered paragraphs, as follows:

### Count 1

1. Defendants admit the allegations in paragraph 1.

2. Defendants lack sufficient information to admit or deny the allegations contained in paragraph 2.

3. Defendants admit the allegations in paragraph 3.

4. Defendants admit the allegations in paragraph 4.

5. Defendants admit the allegations in paragraph 5.

6. Defendants admit the allegations in paragraph 6.

7. Defendants do not concede jurisdiction.

8. Paragraph 8 is a reincorporation, to which no response is required.

## Count 2

9. Paragraph 9 is a reincorporation, to which no response is required.

10. Defendants admit the allegations contained in paragraph 10.

11. Defendants admit the allegations contained in paragraph 11.

12. Defendants admit the allegations contained in paragraph 12.

13. Defendants deny the allegations contained in paragraph 13.

14. Defendants deny the allegations contained in paragraph 14.

15. Defendants deny the allegations contained in paragraph 15.

16. Defendants admit that plaintiff was dismissed, and deny the remaining allegations in paragraph 16.

17. Defendants deny the allegations contained in paragraph 17.

## Count 3

18. Defendants deny the allegations contained in paragraph 18.

19. Defendants lack sufficient information to admit or deny the allegations contained in paragraph 19.

## Count 4

20. Paragraph 20 is a reincorporation, to which no response is required.

21. Defendants lack sufficient information to admit or deny the allegations contained in paragraph 21.

22. Defendants lack sufficient information to admit or deny the allegations contained in paragraph 22.

### Plaintiff demands

23 – 26. Defendants deny that plaintiff is entitled to the relief prayed for in the Complaint or to any other relief.

### JURY DEMAND

Defendants demand a trial by jury on all issues so triable.

### THIRD DEFENSE

Further answering the Complaint, Defendants deny all allegations not specifically admitted or otherwise answered.

### FOURTH DEFENSE

Defendants deny all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, and negligence.

### FIFTH DEFENSE

Plaintiff has failed to mitigate his damages.

### SIXTH DEFENSE

Defendants are not liable under the doctrines of discretionary function, absolute immunity, and/or governmental immunity.

### SEVENTH DEFENSE

Plaintiff's claims are barred under the doctrine of laches, the doctrine of estoppel, and/or the applicable statute of limitations.

### EIGHTH DEFENSE

Plaintiff failed to comply with the requirements of D.C. Official Code §12-309 (2001).

### NINTH DEFENSE

Plaintiff has failed to exhaust his administrative remedies.

## SET-OFF

Defendant District of Columbia claims a set-off for any debts owed to it by plaintiff, and for any benefits or services it may have given or conferred upon plaintiff, including but not limited to unpaid taxes, health and hospital care, cost of any care or treatment of plaintiff rendered or paid for by the defendant through any means, Medicare or Medicaid, AFDC, GPF, or any other benefit.

Defendants reserve the right to amend the Answer should facts learned in discovery so warrant.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Corporation Counsel

KIMBERLY C. MATTHEWS
Acting Deputy Corporation Counsel
General Litigation Division

_/s/ John J. Grimaldi II_
JOHN J. GRIMALDI, II (353037)
Chief, General Litigation, Section II

_/s/ William B. Burkett_
WILLIAM B. BURKETT (467051)
Assistant Corporation Counsel
Suite 6S043
441 4TH Street, N.W.
Washington, D.C. 20001
(202) 724-6647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this _8th_ day of _August_, 2003, a true and correct copy of the foregoing submission to the Court was sent by first class mail, postage prepaid, to:

4
-17-