P.D. 360 Rev. 9/85 METROPOLITAN POLICE DEPARTMENT – Washington, DC. – REQUEST FOR TELETYPE MESSAGE

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>✓ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>August 11, 2006 |
|---|---|---|---|
| | | 4. UNIT NUMBER | 7. REQUESTING ELEMENT<br>Human Services |
| | | 5. ☐ NOT FOR THE PRESS | 8. • FLASH TT REQUESTED |

| 9. TO |
|---|
| THE FORCE |

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|
| | | |

| 13. COMPLAINANT=S NAME | 14. COMPLAINANT=S ADDRESS |
|---|---|
| | |

### 15. DESCRIPTION OF WANTED PERSON OR MESSAGE

**Vacancies for the position of Reserve Officer Level One (armed)**
**Office of Security Services- Reserve Corps Division**
**Announcement Number: MPD: 06-93**
**Open: August 14, 2006   Close: September 1, 2006**

Pursuant to General Order 101.03, the Office of Security Services seeks applicants for the position of Reserve Officer Level I.  A Reserve Officer Level I performs all of the duties and responsibilities of a sworn officer, exercise the authorities of a Reserve Officer Level II, Issues Civil Notices of Infraction (NOIs) for moving violations; and carries and utilizes a Department-issued firearm.  In order to be considered for Reserve Officer Level I, candidates must meet the following minimum qualifications:

**Minimum Qualifications:;**

a. Be a Reserve Officer Level II in good standing;

b. Have at least sixty (60) semester-hour credits, or the semester-hour equivalent, from an accredited post-secondary educational institution; or at least 960 hours of volunteer service;, or an equivalent combination of education and service. **NOTE: This requirement applies only to those Reserve Officer Level II who were appointed to the Reserve Corps on or after December 31, 2003.**

c. Completed at least one hundred ninety-two hours (192) of service following appointment as a Reserve Officer Level II;

d. Completed at least one (1) year of Reserve Officer Level II service following appointment as a Reserve Officer Level II;

| SENDER-BADGE-ORG. ELM.<br>A/C Shannon Cockett – OHS | AUTHORIZED BY-BADGE-ORG.ELM.<br>A/C Gerald M. Wilson – OSS | BUREAU HEAD APPROVAL<br>EAC Michael Fitzgerald - OEAC |
|---|---|---|

| COMMUNICATIONS DIVISION USE ONLY | |
|---|---|
| REMARKS | DATE AND TIME |
| | FILE |
| | TELETYPE NUMBER |

**Distribution:**   1- Communications Division        2- Element File Copy             **Page 1 of 3**

P.D. 360 Rev. 9/85 METROPOLITAN POLICE DEPARTMENT – Washington, DC. – REQUEST FOR TELETYPE MESSAGE

| 15. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>✓ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>August 11, 2006 |
|---|---|---|---|
| | | 4. UNIT NUMBER | 7. REQUESTING ELEMENT<br>Human Services |
| | | 5.<br>☐ NOT FOR THE PRESS | 8.<br>• FLASH TT REQUESTED |

| 9. TO<br>THE FORCE |
|---|

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|

| 13. COMPLAINANT=S NAME | 14. COMPLAINANT=S ADDRESS |
|---|---|

### 15. DESCRIPTION OF WANTED PERSON OR MESSAGE
**Vacancies for the position of Reserve Officer Level One (armed)**
**Office of Security Services- Reserve Corps Division**
**Announcement Number: MPD: 06-93**
**Open: August 14, 2006   Close: September 1, 2006**

e. A minimum rating of "Average" or the equivalent, on the performance potential rating form

f. Willingness to carry a firearm;

g. Willingness to meet the Reserve Officer Level I initial training requirements;

h. Recommendation by the Reserve Corps Manager for acceptance into the Reserve Corps Level I training program;

**Selection Process**:

The Office of Human Services will review applications for minimum qualifications and create a certificate of eligible candidates. The applications along with the certificate of eligible candidates will be transmitted to the Reserve Officer Selection panel for initial screening. The Reserve Officer Selection panel shall review the applications along with all supporting documentation. The Reserve Officer Selection Panel may hold interviews with the qualified candidates. However, should the panel determine that oral interviews are necessary; every candidate listed on the certificate of eligibles shall be interviewed. Upon completion of the preliminary screening, the Reserve Officer Selection Panel shall:

- Select qualified applicants for the position.
- Transmit the list of selected qualified applicants to the Office of Human Services for background investigation, medical and psychological evaluation.

| SENDER-BADGE-ORG. ELM.<br>A/C Shannon Cockett – OHS | AUTHORIZED BY-BADGE-ORG.ELM.<br>A/C Gerald M. Wilson – OSS | BUREAU HEAD APPROVAL<br>EAC Michael Fitzgerald - OEAC |
|---|---|---|

| COMMUNICATIONS DIVISION USE ONLY ||
|---|---|
| REMARKS | DATE AND TIME |
| | FILE |
| | TELETYPE NUMBER |

| 16. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>✓ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>August 11, 2006 |
|---|---|---|---|
| | | 4. UNIT NUMBER | 7. REQUESTING ELEMENT<br>Human Services |
| | | 5. ☐ NOT FOR THE PRESS | 8. • FLASH TT REQUESTED |

| 9. TO |
|---|
| THE FORCE |

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|
| | | |

| 13. COMPLAINANT=S NAME | 14. COMPLAINANT=S ADDRESS |
|---|---|
| | |

### 15. DESCRIPTION OF WANTED PERSON OR MESSAGE
**Vacancies for the position of Reserve Officer Level One (armed)**
**Office of Security Services- Reserve Corps Division**
**Announcement Number: MPD: 06-93**
**Open: August 14, 2006   Close: September 1, 2006**

At the completion of the background investigation and medical evaluation phases, the Office of Human Services shall transmit the applications of those candidates who successfully complete the background, medical and psychological evaluation to the Reserve Officer Selection Panel for final review and selection. The Reserve Office Selection Panel shall issue a teletype announcing the names of the selected candidates. **A Reserve Officer Level 1 must successfully complete all required training prior to appointment as a Reserve Officer Level I.**

**How to apply:**

**Interested applicants should submit the original and one copy of his/her PD Form 681 (Applicant for Special Assignment) through their department supervisor to their Commanding Officer, before the indicated closing date. Supervisors are to complete the supervisor potential rating form and submit the form along with the 681 to the Commanding Officers for transmittal.  Commanding Officer are to ensure that the original and one copy of all PD Form 681s and the supervisor potential rating forms are forwarded to the Director, Human Services before the closing date of this announcement. Applications that are incomplete and not received by the Director, Human Services, in the allotted time frame will not be considered. Applicants must include the vacancy announcement number.  Any applications for this position prior to this announcement will not be considered.**

| SENDER-BADGE-ORG. ELM.<br>A/C Shannon Cockett – OHS | AUTHORIZED BY-BADGE-ORG.ELM.<br>A/C Gerald M. Wilson – OSS | BUREAU HEAD APPROVAL<br>EAC Michael Fitzgerald - OEAC |
|---|---|---|

| COMMUNICATIONS DIVISION USE ONLY | |
|---|---|
| REMARKS | DATE AND TIME |
| | FILE |
| | TELETYPE NUMBER |

**Distribution:     1- Communications Division          2- Element File Copy          Page 3 of 3**