UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>      **Plaintiffs**<br><br>v.<br><br>**CHARLES RAMSEY**<br><br>      **Defendant** | **Case Number:**<br>**1:06CV01223HHK** |

ORDER OF
CLASS CERTIFICATION AND BIFURCATION OF TRIAL

    The Plaintiffs have moved this Court to certify the above captioned civil action as a class action. In consideration of the Plaintiffs' Motion, the Memorandum in Support, the attendant Exhibits, the Defendant's Opposition, if any, and the entire record herein, it is hereby ordered the Plaintiffs' Motion is GRANTED pursuant to Federal Rule of Civil Procedure 23.

ORDERED:

    The Plaintiff class shall consist of all Reserve Officer members of the District of Columbia Metropolitan Police Department.

FURTHER ORDERED:

    The Court shall conduct separate trials as to issues of liability and damages in this matter.

SO ORDERED.

Date _____  _____
                                 Judge Henry K. Kennedy

2

Matthew August LeFande
Attorney at Law PLLC
1001 Sixteenth Street NW
Washington DC 20036-5701


Jack M. Simmons, III, Esquire
Assistant Attorney General
441 Fourth Street NW
Sixth Floor South
Washington, DC 20001