**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>                    **Plaintiffs**<br><br>**v.**<br><br>**CHARLES RAMSEY**<br><br>                    **Defendant** | **Case Number:**<br>**1:06CV01223HHK** |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 56(d) and LCvR 7.1(h), the Plaintiffs

have moved this Court to grant partial summary judgment as to the Plaintiffs' request for

declaratory and injunctive relief.  The Plaintiffs seek a declaratory judgment and an Order

restraining the Defendant, his officers, members, agents, servants, employees, attorneys

and those acting in active concert or participation with them from certain conduct and

activities.

Upon consideration of Plaintiffs' Complaint, Affidavits, Exhibits, the examination

of witnesses and argument of counsel, if any, the Court finds no material facts in dispute

requiring litigation as to the Plaintiffs' demands for such relief, the Plaintiffs are now

entitled to declaratory relief under 28 U.S.C. § 2201(a).  The Court declares the

Defendant's promulgation of the new MPD General Order 101.3 (Pl.s' Ex. A) to be

unlawful.  The Court further declares the May 19, 2006 emergency and proposed

rulemaking (53 D.C. REG. 4581) to be also unlawful.  Therefore, the Plaintiffs are

entitled to an injunction against the Defendant as hereinafter set forth:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that as of today's date, the Defendant, his officers, agents, members and employees and those in active concert and participation with said Defendant and all other persons to whom knowledge of this order shall come, be and hereby are enjoined and restrained from:

1.    Enforcing or acting upon MPD General Order 101.3 (2006) (Pl.s' Ex. A). Such General Order shall be removed from the records of the Metropolitan Police Department and MPD General Order 101.3 (1995) (Pl.s' Ex. B) shall be reinstated as the General Order regulating MPD Reserve Officers insofar as such General Order is in compliance with D.C. Code § 5-129.51.

2.    Enforcing or acting upon the emergency rulemaking identified within 53 D.C. Reg. 4581.

3.    Enacting or adopting the proposed rulemaking identified within 53 D.C. Reg. 4581.

4.    Enacting or adopting any future rule defining the scope of Reserve Corps members' authority and discretion in carrying out their duties and responsibilities, including any limitations on or restrictions to their authority and discretion, absent express authority from the D.C. City Council.

FURTHER ORDERED:

The Plaintiffs are awarded costs and attorney's fees.

FURTHER ORDERED:

The Defendant shall immediately cause the content of this Order to be published

upon the MPD teletype and within the MPD "Dispatch" newspaper.


SO ORDERED,


Date _____          _____
                                        Judge Henry K. Kennedy


Matthew August LeFande
Attorney at Law PLLC
1001 Sixteenth Street NW
Washington DC 20036-5701


Jack M. Simmons, III, Esquire
Assistant Attorney General
441 Fourth Street NW
Sixth Floor South
Washington, DC 20001