UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM,<br>      Plaintiffs,<br><br>v.<br><br>CHARLES RAMSEY,<br>      Defendant. | Civil No. 06 – 01223 (HHK) |

**ORDER**

Upon consideration of the Motion of Defendant for an extension of time in which to respond to Plaintiffs for Summary Judgment, the response thereto of Plaintiffs, if any, and the entire record herein, it is, this _____ day of _____, 2006, hereby –

ORDERED: That the said motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED:  That, in the event that the Court does not fully grant the Defendant's pending motion to dismiss, Defendant shall respond to Plaintiffs' motion for summary judgment within ten business days of the Court's order on the pending motion to dismiss.

_____
United States District Judge

cc:
Matthew LeFande, Esq.
1001 Sixteenth St., NW
Washington, DC  20036-5701

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714