UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>            **Plaintiffs**<br><br>v.<br><br>**CHARLES RAMSEY**<br><br>            **Defendant** | **Case Number:**<br>**1:06CV01223HHK** |

# ORDER

The Defendant has moved this Court to permit him not to respond to the Plaintiffs' Motion for Partial Summary Judgment until such time as the Court has adjudicated the Defendant's pending Motion to Dismiss.

Local Civil Rule 7(b) requires that a party file a memorandum of points and authorities in opposition to a motion within 11 days of the date of service of the motion. For oppositions to motions for summary judgment, Local Civil Rules 7(h) and 56.1 require a party to file, together with the opposition memorandum, a separate concise statement of genuine issues setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated.   Federal Rule of Civil Procedure 6(b) permits such time limitations to be expanded upon good cause shown.

The Court finds no good cause to adjudicate the two motions separately.  The issues relevant to the adjudication of both motions are sufficiently interrelated that the determination of issues of law in either motion shall likely resolve such issues for both motions.

ORDERED:

The Defendant shall respond to the Plaintiffs' Motion for Partial Summary Judgment in accordance with Local Civil Rules 7(b), 7(h) and 56.1 or the Court shall treat the Plaintiffs' Motion and accompanying Statement of Facts as conceded.

SO ORDERED.

Date _____   _____
                                             Judge Henry K. Kennedy

Matthew August LeFande
Attorney at Law PLLC
4585 North 25th Road
Arlington, VA 22207


Jack M. Simmons, III, Esquire
Assistant Attorney General
441 Fourth Street NW
Sixth Floor South
Washington, DC 20001