UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHARLES RAMSEY, )<br>Defendant. ) | Civil No. 06 – 01223 ( HHK) |

**CONSENT MOTION OF DEFENDANT FOR THREE BUSINESS DAY
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant moves the Court for a three business day extension of time to respond to Plaintiffs' motion for partial summary judgment, to an including Wednesday, November 22, 2006.

The ground for this motion is that counsel for Defendant was away from the office because of illness and needs the requested time to complete the response to Plaintiffs' motion for partial summary judgment.

Plaintiffs consent to the relief sought in this motion.

Dated: November 17, 2006

        Respectfully submitted,

        EUGENE A. ADAMS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

- 2 -

   /s/
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


   /s/
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW
Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 06 – 01223 ( HHK) |
| v. | ) ) | |
| CHARLES RAMSEY, | ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION OF DEFENDANT FOR THREE BUSINESS DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. The rules and inherent powers of the Court.

2. Counsel for Defendant was away from the office because of illness and, as a result, Defendant needs the additional time to complete his response to the motion.

3. The consent of the Plaintiffs.

Dated: November 17, 2006

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163

- 2 -

      /s/
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW
Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant