UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
CHRISTOPHER GRIFFITH and        )
DANIEL KIM,                                  )
           Plaintiffs,                             )          Civil No. 06 – 01223 (HHK)
                                                    )
      v.                                            )
                                                    )
CHARLES RAMSEY,                      )
           Defendant.                           )
_____ )

**ORDER**

Upon consideration of the consent motion of defendant for a three business day extension of time in which to respond to Plaintiffs Motion for Summary Judgment, and the entire record herein, it is, this _____ day of _____, 2006, hereby –

ORDERED: That the said motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED:  That Defendant shall file his response to Plaintiffs' Motion for Partial Summary Judgment on or before November 22, 2006.

_____
United States District Judge

cc:

Matthew LeFande, Esq.
1001 Sixteenth St., NW
Washington, DC  20036-5701

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714