UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 06 – 01223 ( HHK) |
| v. | ) ) | |
| CHARLES RAMSEY, | ) ) | |
| Defendant. | ) ) | |

**STATEMENT OF DEFENDANT OF MATERIAL FACTS
AS TO WHICH THERE IS A GENUINE ISSUE**

Defendant submits the following Statement of Material Facts as to which there is a genuine dispute:

1. The volunteer services of MPDRC Officers may be terminated at any time for any reason. 6 DCMR § 4000.12. Declaration of Lt. John Pollock and attached volunteer services agreement. Plaintiff asserts that they have a property or liberty interest in their volunteer positions and, accordingly, may not be terminated.

2. Members of the MPDRC are not "sworn officers" who are members of the D.C. civil service. LeFande v. District of Columbia, 875 A.2d at 116 (Table). Plaintiffs' position is that MPDRC Officers are sworn officers.

3. MPDRC officers have no property rights in their volunteer positions. Johnson v. Williams, 887 A.2d 1027 (D.C. 2005) (table) and cases cited therein. Plaintiffs' position is that they have property rights in their volunteer positions.

4. MPDRC Officers have no rights to constitutionally-protected due process because they have no liberty or property interests in their volunteer positions. See Nos. 1-3 above. Plaintiffs' position is that they have due process rights in their volunteer positions, at least insofar as to require that they may only be terminated after a due process hearing.

Dated: November 22, 2006

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


  /s/
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW
Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant