UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>CHARLES RAMSEY,<br>　　　Defendant. | )<br>)<br>)<br>)　Civil No. 06 – 01223 ( HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF LT. JOHN POLLOCK

　　　I, John Pollock, based upon my personal knowledge, information and belief, hereby depose and state as follows:

　　　1.　　I am over the age of eighteen (18) years and competent to testify to the matters contained herein.

　　　2.　　I am a Lieutenant in the Metropolitan Police Department (MPD). I am currently assigned to the Office of Security Services within MPD and serve as the MPD Reserve Corps Coordinator.

　　　3.　　The Metropolitan Police Department maintains records of volunteer Reserve Corps officers in the routine course of business.

　　　4.　　I undertook to review the records of MPD Reserve Officers Daniel Kim and Christopher Griffith.

　　　5.　　In that review, I was able to locate a copy of the volunteer service agreement of Reserve Officer Christopher Griffith.

- 2 -

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 22, 2006.

                                          __/s/_____
                                          John Pollock
                                          Lieutenant, MPD