UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MPD RESERVE OFFICERS, et al.<br><br>        **Plaintiffs**<br><br>v.<br><br>CHARLES RAMSEY<br><br>        **Defendant** | Case Number:<br>1:06CV01223HHK<br><br>Judge Henry H. Kennedy, Jr. |

**CONSENT MOTION TO REDACT PART OF DEFENDANT'S EXHIBIT**

  The Plaintiffs, by counsel and with consent of Defendant's Counsel, hereby move this Court to redact personally identifiable information from the Defendant's attachment to his Memorandum in Opposition to the Plaintiffs' Motion for Summary Judgment.

**Points and Authorities in Support of this Motion:**

  On November 22, 2006, the Defendant's Counsel filed a Memorandum in Opposition to the Plaintiffs' Motion for Summary Judgment.  Docket #23.  Attached to this Memorandum was an exhibit containing sensitive personal information of Plaintiff Christopher Griffith, a uniformed MPD officer, including his address, his Social Security Number and his wife's name.  Docket #23, Attachment #4.  None of this sensitive personal information is probative to the cause of action presently before the Court.

  In general, there is a "strong presumption in favor of public access to judicial proceedings."  Johnson v. Greater Southeast Community Hosp. Corp., 293 U.S. App. D.C. 1, 951 F.2d 1268, 1277 (D.C. Cir. 1991).  "[T]his presumption can be overcome based on the following six factors:  (1) the need for public access to the documents at

issue; (2) the extent of previous public access to the documents; (3) the fact that someone has objected to the disclosure, and the identity of that person; (4) the strength of any property and privacy interests asserted; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced during the judicial proceedings." In re Sealed Case 00-5116, 237 F.3d 657, 666 (D.C. Cir. 2001) (citing United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980)).

As a police officer, Plaintiff Griffith has a strong privacy interest in maintaining his personally identifiable information and that of his family confidential. The information offers no probative value to the Plaintiffs' cause of action or the Defendant's defenses, and furthers no other purpose to these proceedings. There exists no public need to access the personal information contained within the document.

## Conclusion

For these reasons, and for other such reasons as the Court finds to be good and sufficient cause, Plaintiff Griffith's personally identifiable information as contained within the Defendant's Exhibit should be immediately redacted from the record. A proposed Order and a redacted copy of the Exhibit are attached.

The Defendant's counsel consents to this Motion.


November 24, 2006

        Respectfully Submitted,

        _____
        Matthew August LeFande
        DC Bar #475995
        4585 North 25th Road
        Arlington VA 22207
        Tel: (202)657-5800
        Fax: (202)318-8019
        email: matt@lefande.com
        Attorney for the Plaintiffs