UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>      **Plaintiffs**<br><br>v.<br><br>**CHARLES RAMSEY**<br><br>      **Defendant** | **Case Number:**<br>**1:06CV01223HHK** |

## ORDER

  The Plaintiffs have moved this Court to redact Plaintiff Griffith's personally identifiable information from the Defendant's Exhibit to his Opposition to the Plaintiffs' Motion for Summary Judgment. Docket # 23, Attachment 4. The Defendant's Counsel consents thereto.

IT IS HEREBY ORDERED,

  The Clerk shall remove the Defendant's Exhibit from the Record and replace it with the redacted version attached to the Plaintiffs' Motion.

SO ORDERED,

Date _____        _____
                          Judge Henry K. Kennedy

Matthew August LeFande
Attorney at Law PLLC
4585 North 25th Road
Arlington VA 22207

Jack M. Simmons, III, Esquire
Assistant Attorney General
441 Fourth Street NW
Sixth Floor South
Washington, DC 20001