UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>                           **Plaintiffs**<br><br>**v.**<br><br>**CHARLES RAMSEY**<br><br>                           **Defendant** | **Case Number:**<br>**1:06CV01223HHK**<br><br>**Judge Henry H. Kennedy, Jr.** |

**NOTICE OF FILING OF REDACTED EXHIBIT**

By instruction of the Court, the Plaintiffs make this notice of filing a redacted version of Defendant's attachment to his Memorandum in Opposition to the Plaintiffs' Motion for Summary Judgment.

November 27, 2006

                                                   Respectfully Submitted,

                                                   _____
                                                   Matthew August LeFande
                                                   DC Bar #475995
                                                   4585 North 25th Road
                                                   Arlington VA 22207
                                                   Tel: (202)657-5800
                                                   Fax: (202)318-8019
                                                   email: matt@lefande.com
                                                   Attorney for the Plaintiffs