## GOVERNMENT OF THE DISTRICT OF COLUMBIA

## VOLUNTEER SERVICE AGREEMENT

This agreement must be completed and approved before accepting the services of a volunteer. Volunteer services are authorized under D.C. Law 2-12 and regulations contained in Part I of Chapter 35 of the District Personnel Manual.

UNDER THIS AGREEMENT _____CHRISTOPHER RICHARD GRIFFITH_____ WILL PROVIDE THE FOLLOWING SERVICE:
(name of Volunteer)

VOLUNTEER'S SOCIAL SECURITY ACCOUNT NUMBER: **REDACTED**

SUPERVISOR: _____ TITLE: _____ TEL. NO. _____

DUTY LOCATION: _____ WORK SCHEDULE _____

### DECLARATION OF VOLUNTEER

I hereby agree to donate my service to the D.C. government in performing the duties described above. I understand that I will not be compensated for my services and that I am not entitled to other monetary benefits in connection with my volunteer work. I am, however, considered to be an employee for purposes of benefits under the District of Columbia Disability Compensation Program in the event of a job-related illness or injury.

I will accept my instructions from the supervisor named above. I understand that my work assignment is limited to the duties described in this agreement unless otherwise authorized by my supervisor. I will keep my supervisor informed of my progress and will notify him or her if I am unable to report as scheduled or if I decide to terminate this agreement.

As a volunteer member of the D.C. government work force, I will not engage in any form of political activity during the hours I render service for the D.C. government.

I understand that this agreement may be terminated at any time by the D.C. government.

_____Christopher Griffith_____
Signature

**REDACTED**

Volunteer service accepted by: ____[signature]____  Deputy Chief
                                   Signature              Title

Department or Agency: __Metropolitan Police Department__  Date: __7-19-95__

District Personnel Manual                                  Transmittal No. 6.