UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES RAMSEY,<br><br>Defendant. | Civil Action 06-01223  (HHK) |

ORDER TO SEAL DOCUMENT

Before the court is the parties' consent motion to seal [#24] a document attached to the defendants' memorandum in opposition to summary judgment [#23, attachment #4] because it contains sensitive personal information that is irrelevant to the present matter.  Accordingly, it is this 27th day of November, 2006, hereby

**ORDERED** that the motion to seal [#24] is **GRANTED** and that attachment #4 to defendants' memorandum in opposition to summary judgment [#23] shall be sealed by the Clerk of the Court until further order of this court.

Henry H. Kennedy, Jr.
United States District Judge