GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of Corporation Counsel
441-4th Street, NW, Rm. 6S049
Washington, D.C. 20001

Fax no. (202) 727-3233
Phone no. (202) 727-6295 x 3439

January 28, 1998

Robert Deso, Esq.
1828 L Street, NW, Ste. 720
Washington, D.C. 20036

    Re: LeFande v. District of Columbia
        Case no.:97-CA-5579

Dear Mr. Deso:

This letter will serve to confirm our conversation of today wherein I informed you of the following:

1. The District will amend its answer to admit that the plaintiff is entitled to get a trial board, as alleged;

2. The MPD is willing to go forward with the trial board at a mutually agreeable date;

3. In light of the foregoing, it appears that the six deposition set forth the first week in Feb. are unnecessary;

4. The District will file a motion for protection and for leave to file an amended answer, so depositions will not be going forward until the motion is decided.

The MPD is also considering returning your client to his prior position. When a final decision is made regarding this, I will let you know.

Please feel free to call if you have questions.

Sincerely,

STEVEN J. ANDERSON
Asst. Corp. Counsel