UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER GRIFFITH, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CATHY L. LANIER,**<br><br>Defendant. | Civil Action 06-01223  (HHK) |

## JUDGMENT

For the reasons articulated in the court's memorandum opinion issued this same day, it is this 28th day of March, 2007, hereby

**ORDERED** that judgment is entered in favor defendant.

Henry H. Kennedy, Jr.<br>
United States District Judge