UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GRIFFITH and ) | |
| DANIEL KIM, ) | |
|     Plaintiffs, ) | Civil No. 06 – 01223 ( HHK) |
| ) | |
| v. ) | |
| ) | |
| CHARLES RAMSEY, ) | |
|     Defendant. ) | |

**CONSENT MOTION OF DEFENDANT FOR ONE WEEK
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
MOTION FOR RECONSIDERATION**

Defendant moves the Court for a one week extension of time in which to respond to Plaintiffs' motion for reconsideration, to an including Monday, April 30, 2007.

The ground for this motion is that the press of other matters in the office of counsel for Defendant has precluded completion of the response to the motion. The requested additional time will permit completion of the response.

Plaintiffs consent to the relief sought in this motion.

Dated:  April 23, 2007            Respectfully submitted,

                                                   LINDA SINGER
                                                   Attorney General for the District of Columbia

                                                   GEORGE C. VALENTINE
                                                   Deputy Attorney General
                                                   Civil Litigation Division


                                                   /s/   Kimberly M. Johnson
                                                   KIMBERLY MATTHEWS JOHNSON
                                                   Chief, Section 1
                                                   DC Bar No. 435163

- 2 -

   /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 06 – 01223 ( HHK) |
| v. | ) ) | |
| CHARLES RAMSEY, | ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION OF DEFENDANT FOR ONE WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

1. The rules and inherent powers of the Court.

2. The press of other business in the office of Counsel for Defendant has precluded completion of the response to the motion. The requested additional time will permit completion of the response.

3. The consent of the Plaintiffs.

Dated: April 23, 2007            Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/   Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163

- 2 -

   /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant