UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER GRIFFITH and DANIEL KIM, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 06 – 01223 (HHK) |
| v. | ) ) | |
| CHARLES RAMSEY, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the consent motion of defendant for a one week extension of time in which to respond to Plaintiffs' Motion for Reconsideration and the entire record herein, it is,

this _____ day of _____, 2007, hereby –

ORDERED: That the said motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED: That Defendant shall file his response to Plaintiffs' Motion for Reconsideration on or before April 30, 2007.

_____
Henry H. Kennedy
United States District Judge

cc:

Matthew LeFande, Esq.
4585 North 25th Rd.
Arlington, VA 22207

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC 20001-2714