UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MPD RESERVE OFFICERS, et al.**<br><br>                              **Plaintiffs**<br><br>**v.**<br><br>**CHARLES RAMSEY**<br><br>                              **Defendant** | **Case Number:**<br>**1:06CV01223HHK**<br><br>**Judge Henry H. Kennedy, Jr.** |

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the District Court's March 28, 2007 Order granting a judgment of summary dismissal to non-party Cathy L. Lanier (Docket # 28-29)[1].

Respectfully submitted, this 23rd day of April, 2007.

---

Matthew August LeFande
Attorney at Law PLLC
DC Bar #475995
4585 North 25th Road
Arlington VA 22207
Tel: (202) 658-5700
Fax: (202)318-8019
email: matt@lefande.com
Attorney for Plaintiffs

---

[1] The Plaintiffs have asserted in their Motion for Reconsideration (Docket # 30) that the District Court incorrectly substituted Lanier *sua sponte* as an official-capacity Defendant under FRCP 25(d)(1). This Motion is still pending the Court's consideration.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2007, a copy of the above Notice of Appeal mailed via United States Postal Service First Class Mail, postage prepaid to the Defendant's Counsel below.

Jack Simmons, Esquire
Assistant Attorney General
Civil Division, Sixth Floor
441 4th Street NW
Washington DC 20001

_____
Matthew August LeFande