UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER GRIFFITH, et al.,**<br><br>              Plaintiffs,<br><br>       v.<br><br>**CATHY L. LANIER,**<br><br>              Defendant. | Civil Action 06-01223  (HHK) |

## ORDER

Before the court is plaintiffs' motion for reconsideration [#30] of the court's March 28, 2007 decision dismissing plaintiffs' complaint.

Upon consideration of the motion and the opposition thereto, it is this 2nd day of May, 2007, hereby

**ORDERED** that plaintiff's motion for reconsideration [#30] is **DENIED**.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge