# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7072**             **September Term, 2007**
FILED ON:

CHRISTOPHER GRIFFITH, ET AL.,
    APPELLANTS

v.

CATHY L. LANIER,
    APPELLEE

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  APR 4 2008

CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 06cv01223)

---

Before: HENDERSON and ROGERS, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/15/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Michael C. McGrail
Deputy Clerk

Date: April 4, 2008

Opinion for the court filed by Senior Circuit Judge Williams.

A true copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk